IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RREF SNV ACQUISITIONS, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GREENVILLE, AL HOTEL, LLC, )<br>ANJEBHAI D. PATEL, )<br>DHARMENDRA D. PATEL, )<br>KISHOR PATEL and HAMENT D. )<br>PATEL, )<br>)<br>    Defendants. )<br>_____) | Civil Action File<br>No. 1:11-cv-04171-TWT |

NOTICE OF FILING RECIEVER'S MONTHLY REPORT
(FEBRUARY 2012)

COMES NOW, McGlashan Hospitality, LLC, the Court-appointed receiver ("Receiver") under that certain Order Appointing Receiver ("Order") dated January 11, 2012 [Docket No. 14], submits this Notice of Filing Receiver's Monthly Report as follows:

1. The Order directs the Receiver to prepare monthly financial reports, regarding the value, profitability, operations and expenses of the Greenville, Alabama Hotel ("Hotel").

2. Pursuant to said Order, attached hereto as <u>Exhibit A</u> is the Receiver's

   Monthly Report for the month of February, 2012.

Respectfully submitted this 15th day of March, 2012.

      s/ Jason B. Godwin

Jason B. Godwin

Georgia Bar No. 142226

Busch, Slipakoff & Schuh, LLP

3350 Riverwood Parkway

Suite 1550

Atlanta, Georgia 30339

Phone:     (770) 790-3550

Fax:     (770) 790-3520

jgodwin@bssfirm.com

*Attorney for the Receiver*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2012, I electronically filed the foregoing and the exhibit hereto with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following:

<u>Attorneys for RREF SNV ACQUISITIONS, LLC</u>:

William C. Collins, Jr. (wcollins@burr.com)
Bret A. Beldt (bbeldt@burr.com)
Nicolas M. Gaxiola (ngaxiola@burr.com)
BURR & FOREMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

<u>Attorneys for Defendants</u>:

John Christy (jchristy@swfllp.com)
Robert H. Snyder (rsnyder@swfllp.com)
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309-4516

_____ s/ Jason B. Godwin _____
Jason B. Godwin
Georgia Bar No. 142226
Busch, Slipakoff & Schuh, LLP
3350 Riverwood Parkway
Suite 1550
Atlanta, Georgia 30339
Phone:        (770) 790-3550
Fax:            (770) 790-3520
jgodwin@bssfirm.com
*Attorney for the Receiver*

3

## <u>CERTIFICATION OF COUNSEL</u>

I hereby certify that the foregoing Answer has been prepared in Times New Roman, 14 pt. font, one of the font and point selections approved by the Court in Local Rule 5.1(c).

<u>        s/ Jason B. Godwin        </u>
Jason B. Godwin
Georgia Bar No. 142226
Busch, Slipakoff & Schuh, LLP
3350 Riverwood Parkway
Suite 1550
Atlanta, Georgia 30339
Phone:        (770) 790-3550
Fax:           (770) 790-3520
jgodwin@bssfirm.com
*Attorney for the Receiver*

<u>EXHIBIT A – RECEIVER'S MONTHLY REPORT – JANUARY 2012</u>

_Thursday, March 15th 2012_

**Court Appointed Receiver Report GR002 to:**

RRSEF SNV ACQUISITIONS, LLC (Plaintiff)

And

GREENVILLE, AL HOTEL, LLC
CIVIL ACTION FILE No: 1:11-CV-04171-TWT

RECEIVER: McGLASHAN HOSPITALITY, LLC ("MH")
Report completed and presented by: Euan McGlashan, Managing Partner, McGlashan
Hospitality, LLC

Project team:

Mr. Ed Hauptmann
Ms. Lisa Gorge
Mr. Euan McGlashan

Subject property:

# QUALITY INN & SUITES, GREENVILLE, ALABAMA (QI)



3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com

To whom it may concern.

This report represents the time period, Wednesday, February 1¹ through 29th, 2012. This report contains mainly up-to-date financial information on current operations with some additional notes submitted below within the Executive Summary. All commentary and reporting is factual and unbiased.

**_Executive Summary._**

Following a very detailed report in February following 23 days of discovery, the last 4 weeks have been focused on the cleanup of operations and the property accounting..

Mr. Ed Hauptmann continued to search for a viable General Manager candidate throughout the month of February. Several interviews have taken place and at the time of reporting, no candidate has yet been highlighted for engagement. In the interim, the property is paying Mr. Hauptmann $4000 per month plus his expenses for his service as interim GM.

In his role as General Manager, Mr. Hauptmann has used his considerable experience to streamline operations, re-train and in some cases train associates, engaged the services of new associates, primarily night shift, front desk and housekeeping. Additionally he has re-engaged Choice Hotels, taken an active participation in the community and assumed a strong sales & marketing role to begin building a base of business. Mr. Hauptmann has also worked diligently with McGlashan Hospitality in obtaining quotes and bids to carry out the deferred maintenance work sorely required.

As is noted in fees paid out, McGlashan Hospitality LLC made several reimbursable purchases for and on behalf of the property last month to ensure the smoothness of operations and overcome roadblocks to productivity and overall lack of controls. In addition to the $7,500 and $5,000 of receivership fees due for the first two months of the project, respectively, we also purchased computer equipment and software programs to increase operational efficiency.

**McGLASHAN HOSPITALITY** LLC

During the course of the month, the McGlashan Hospitality LLC team has:

- Purchased and installed a time clock to accurately track staff time at work, permitting us to eliminate the previous practice of paying housekeeping and laundry staff on a standard productivity basis, which has been found in many cases to violate the Federal minimum wage standards. Within the first week, the time clock demonstrated that the previous practice did in fact violate the Federal minimum wage standards. We are currently gathering information that will permit us to compensate these employees to bring the hotel into compliance since takeover. It is believed that the cost of compliance is the responsibility of the Property owners. While we are currently gathering sufficient information to make an accurate determination of the amounts due to the staff, based on the information gathered to date, the cost may be as much as $650-$800 per month, which equates to $7,800 to $9,600 per year. This is currently an IRS "hot-button"...

- Purchased and installed a PC for the General Manager to use to track operations more efficiently as well as operate the Choice Hotels Property Management System, place purchases electronically and send / receive business emails. No PC was present on the property at takeover.

- Purchased Quick Books accounting software to track expenditures more effectively and develop a robust accounting system platform.

- Began advertising for a General Manager.

- Employed three new hourly employees to replace ineffective / unproductive associates.

- Continued to analyze previous financial practices while putting in to place strict guidelines and controls to ensure a professionally operated business. During discovery, we verified and paid a substantial amount of the pre-petition liabilities that were determined to be essential to ongoing operations. These are noted within the financial data submitted. We are currently assessing others.

- Evaluated opportunity to maximize cash flow by transferring to new credit card processing system with BB&T. Will finalize the transition in March.

- Inspected property to determine additional necessary renovations/updates. Specifically, we will be installing locks on the laundry carts, laundry room, repairing water pressure issues in order to place rooms in service that have been out of service for over a year. Will hire a contractor to repair the doors damaged by the laundry cards and utilize existing housekeeping staff to clean the walls to enhance the aesthetics of the property.



- Continued maintenance work around the property, specifically landscaping projects.
- Began accepting bids and quotes on fixing the swimming pool leak issues. As noted in the GR001 report, the pool condition is far worse than first believed and the cost to repair may well be in excess of $50,000. Once all bids have been submitted and discussed, McGlashan Hospitality will seek approval to move ahead. With warmer weather approaching, the need for a pool vs. the competitive set, which all have operational pools, becomes critical.
- Working with Choice Hotels and local businesses as part of a sales drive to fill rooms. Recently signed a corporate account with CSX.

Attached you will find the up-to-date Financial Reporting.

Yours sincerely,

Euan S. McGlashan
Managing Partner,
McGlashan Hospitality, LLC



3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RREF SNV ACQUISITIONS, LLC, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File |
| ) | No. 1:11-cv-04171-TWT |
| GREENVILLE, AL HOTEL, LLC, ) | |
| ANJEBHAI D. PATEL, ) | |
| DHARMENDRA D. PATEL, ) | |
| KISHOR PATEL and HAMENT D. ) | |
| PATEL, ) | |
| ) | |
|    Defendants. ) | |
| _____) | |

<u>NOTICE OF FILING RECIEVER'S MONTHLY REPORT
(FEBRUARY 2012)</u>

COMES NOW, McGlashan Hospitality, LLC, the Court-appointed receiver

("Receiver") under that certain Order Appointing Receiver ("Order") dated

January 11, 2012 [Docket No. 14], submits this Notice of Filing Receiver's

Monthly Report as follows:

1. The Order directs the Receiver to prepare monthly financial reports,

    regarding the value, profitability, operations and expenses of the

    Greenville, Alabama Hotel ("Hotel").

2. Pursuant to said Order, attached hereto as <u>Exhibit A</u> is the Receiver's

Monthly Report for the month of February, 2012.

Respectfully submitted this 15th day of March, 2012.

_____s/ Jason B. Godwin_____
Jason B. Godwin
Georgia Bar No. 142226
Busch, Slipakoff & Schuh, LLP
3350 Riverwood Parkway
Suite 1550
Atlanta, Georgia 30339
Phone:       (770) 790-3550
Fax:         (770) 790-3520
jgodwin@bssfirm.com
*Attorney for the Receiver*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 15, 2012, I electronically filed the

foregoing and the exhibit hereto with the Clerk of the Court using the CM/ECF

system which will send notification of such filling to the following:

<u>Attorneys for RREF SNV ACQUISITIONS, LLC</u>:

William C. Collins, Jr. (wcollins@burr.com)
Bret A. Beldt (bbeldt@burr.com)
Nicolas M. Gaxiola (ngaxiola@burr.com)
BURR & FOREMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

<u>Attorneys for Defendants</u>:

John Christy (jchristy@swfllp.com)
Robert H. Snyder (rsnyder@swfllp.com)
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309-4516

                                s/ Jason B. Godwin
                                Jason B. Godwin
                                Georgia Bar No. 142226
                                Busch, Slipakoff & Schuh, LLP
                                3350 Riverwood Parkway
                                Suite 1550
                                Atlanta, Georgia 30339
                                Phone:    (770) 790-3550
                                Fax:       (770) 790-3520
                                jgodwin@bssfirm.com
                                *Attorney for the Receiver*

3

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing Answer has been prepared in Times New Roman, 14 pt. font, one of the font and point selections approved by the Court in Local Rule 5.1(c).

s/ Jason B. Godwin

Jason B. Godwin
Georgia Bar No. 142226
Busch, Slipakoff & Schuh, LLP
3350 Riverwood Parkway
Suite 1550
Atlanta, Georgia 30339
Phone:      (770) 790-3550
Fax:          (770) 790-3520
jgodwin@bssfirm.com
*Attorney for the Receiver*

4

<u>EXHIBIT A – RECEIVER'S MONTHLY REPORT – JANUARY 2012</u>

# Hotel Statistics

Business Date: 2/29/2012 | Property Code: AL360 | Shift: 1 | User: gm.al360

| Room Statistics | 2/29/2012 | PTD | Last Year PTD | YTD | Last YTD |
|---|---|---|---|---|---|
| Total Rooms | 86 | 2,494 | 2,408 | 5,160 | 5,074 |
| Out Of Order | 5 | 237 | 328 | 470 | 740 |
| **Rooms Available to Sell** | **81** | **2,257** | **2,080** | **4,690** | **4,334** |
| Day Use Rooms | 0 | 9 | 13 | 15 | 21 |
| Stay Over Rooms | 29 | 628 | 824 | 1,205 | 1,246 |
| **Total Revenue Rooms** | **29** | **637** | **837** | **1,220** | **1,267** |
| Comp Rooms | 1 | 30 | 5 | 51 | 8 |
| **Total Non-Revenue Rooms** | **1** | **30** | **5** | **51** | **8** |
| **Total Occupied Rooms** | **30** | **667** | **842** | **1,271** | **1,275** |

| Performance Statistics | 2/29/2012 | PTD | Last Year PTD | YTD | Last YTD |
|---|---|---|---|---|---|
| Occ% of Total Available Rooms | 37.04% | 29.55% | 40.48% | 27.10% | 29.42% |
| Occ% of Total Rooms | 34.88% | 26.74% | 34.97% | 24.63% | 25.13% |
| STR (STAR) Occ% of Total Rooms | 33.72% | 25.54% | 34.76% | 23.64% | 24.97% |
| ADR Stay Over Rooms | 54.86 | 57.04 | 55.99 | 56.64 | 56.34 |
| ADR for Total Rev Rooms | 54.86 | 56.24 | 55.12 | 55.94 | 55.41 |
| STR (STAR) ADR for Total Rev Rooms | 54.86 | 56.24 | 55.12 | 55.94 | 55.41 |
| ADR for Total Occupied Rooms | 53.03 | 53.71 | 54.80 | 53.70 | 55.06 |
| RevPar | 19.64 | 15.87 | 22.18 | 14.55 | 16.20 |
| STR (STAR) RevPar | 18.50 | 14.36 | 19.16 | 13.23 | 13.84 |

| Revenue | 2/29/2012 | PTD | Last Year PTD | YTD | Last YTD |
|---|---|---|---|---|---|
| Room Rev(Non-Exempt From Tax) | 1,590.95 | 35,823.61 | 43,618.37 | 68,250.33 | 65,161.79 |
| Room Rev(Exempt From All Tax) | 0.00 | 0.00 | 2,519.58 | 0.00 | 5,039.16 |
| **Total Room Revenue** | **1,590.95** | **35,823.61** | **46,137.95** | **68,250.33** | **70,200.95** |
| Other Revenue | 0.00 | 80.00 | 380.00 | 320.00 | 540.00 |
| **Total Revenue** | **1,590.95** | **35,903.61** | **46,517.95** | **68,570.33** | **70,740.95** |

| Guest Statistics | 2/29/2012 | PTD | Last Year PTD | YTD | Last YTD |
|---|---|---|---|---|---|
| Number of Adults | 40 | 953 | 1,148 | 1,807 | 1,833 |
| Number of Children | 0 | 13 | 12 | 51 | 38 |
| **Total Number of Guests** | **40** | **966** | **1,160** | **1,858** | **1,871** |
| Average Adults Per Room | 1.33 | 1.43 | 1.36 | 1.42 | 1.44 |
| Average Rate Per Adult | 39.77 | 37.59 | 40.19 | 37.77 | 38.30 |
| Average Revenue Per Adult | 39.77 | 37.67 | 40.52 | 37.95 | 38.59 |

| Today's Activity | 2/29/2012 | PTD | Last Year PTD | YTD | Last YTD |
|---|---|---|---|---|---|
| Arrived With Reservations | 3 | 85 | 96 | 186 | 153 |
| Walk Ins | 12 | 300 | 371 | 630 | 675 |
| No Shows | 0 | 11 | 14 | 16 | 14 |
| Cancellations for Today's Arrivals | 1 | 23 | 45 | 32 | 58 |
| Checked Out Today | 6 | 393 | 444 | 802 | 820 |

**Financial Report for Business**
For the Period Beginning February 1, 2012 and Ending February 29, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT
Date of Receivership:  January 23, 2012

| | | | |
|---|---|---|---:|
| 1 CASH AT BEGINNING OF PERIOD | | $ | 27,340.88 |
| 2 RECEIPTS: | | | |
| A. | Cash Sales | | 19,666.53 |
| B. | Collections on Post-Petition A/R | | - |
| C. | Collections on Pre-Petition A/R | | - |
| D. | Receipts from Plaintiff | | 35,000.00 |
| | | | |
| 3 TOTAL RECEIPTS | | | 54,666.53 |
| 4 TOTAL CASH AVAILABLE FOR OPERATIONS | | | 82,007.41 |
| | | | |
| 5 DISBURSEMENTS | | | |
| A. | PRE-PETITION EXPENSES | | |
| | a. | Advertising | 175.00 |
| | b. | Amenities | 517.89 |
| | c. | Breakfast Food | 610.22 |
| | d. | Cleaning Supplies | 679.68 |
| | e. | Franchise Fees | - |
| | f. | Payroll Taxes | 2,001.41 |
| | g | Personal Property Taxes | 2,987.38 |
| | h | Repairs & Maintenance | 374.15 |
| | i. | Sales Tax | 4,049.29 |
| | j. | Utilities | 7,712.33 |
| | | Sub-Total Pre-Petition Expenses | 19,107.35 |
| | | | |
| B. | POST-PETITION EXPENSES | | |
| | a. | Advertising | 950.00 |
| | b. | Amenities | 105.00 |
| | c. | Breakfast Food | 776.63 |
| | d. | Check Charges | 453.52 |
| | e. | Cleaning Supplies | 94.96 |
| | f. | Equipment* | 2,033.94 |
| | g | Linens | 959.17 |
| | h. | Receiver/Management Fees & Expenses | 17,038.48 |
| | i. | Net Payroll | 9,269.85 |
| | j. | Office Supplies | 49.53 |
| | k. | Petty Cash Fund | 100.00 |
| | l. | Recruitment | 151.44 |
| | m. | Repairs & Maintenance | 357.15 |
| | n. | Utilities | 1,371.22 |
| | | Sub-Total Post-Petition Expenses | 33,710.89 |
| | | | |
| 6 TOTAL CASH DISBURSEMENTS | | | 52,818.24 |
| | | | |
| 7 ENDING CASH BALANCE (Line 4 - Line 6) | | $ | 29,189.17 |

\* Computer, Timeclock, Printer, Accounting Software

ATTACHMENT 2

## ACCOUNTS PAYABLE REPORT
For the Period Beginning February 1, 2012 and Ending February 29, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT

In the space below list all invoices or bills incurred and not paid since the filing of the petition.
Do not include amounts owed prior to filing the petition.

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 2/29/2012 | | Advanced Solutions | Security Monitoring Feb | $      28.00 |
| 2/29/2012 | | Alabama Dept of Revenue | February Sales tax | 1,404.82 |
| 2/29/2012 | | City of Greenville | Lodging Tax | 2,756.59 |
| 2/29/2012 | | Ed Hauptmann | GM Expenses 2/6-2/19 | 334.83 |
| 2/29/2012 | | Greenville Waterworks | Utilities | 445.25 |
| 2/29/2012 | | Lamar | Advertising | 600.00 |
| 2/29/2012 | | Alabama Dumpster | Trash Removal | 150.85 |
| 2/29/2012 | | Camillia Communications | Telephone | 540.57 |
| 2/29/2012 | | Choice Hotel | Franchise Fees | 4,302.32 |
| 2/12/2012 | | Sysco | Breakfast Food | 398.51 |
| 2/24/2012 | | Sysco | Breakfast Food | 254.55 |
| 2/29/2012 | | Alabama Power | Electricity | 3,608.40 |
| 2/29/2012 | | Carbons | Breakfast Food | 98.00 |
| 2/29/2012 | | SEAGD | Gas | 500.00 |
| 2/29/2012 | | Dow Jones | Wall Street Journal | 52.00 |
| | | Sub-Total Post-Petition Payables | | $   15,474.69 |

In the space below are all invoices or bills incurred prior to the filing of the petition but considered essential to the continued operation of the hotel.  These bills were included in funding requests but payment was withheld pending verification from outside sources, which was not finalized until February.

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 8/5/2011 | | Advance Solutions | Fire Alarm Repairs | $      414.00 |
| 11/15/2011 | | Advance Solutions | Fire Alarm Repairs | 336.00 |
| 1/12/2012 | | Choice Hotel International | 2011 Interest Fees | 2,070.26 |
| 11/22/2011 | | Cerative Breakfast Concepts | Breakfast Supplies | 103.68 |
| 8/1-10/31/11 | | David Stevenson | Lawn Care | 450.00 |
| 10/11/2011 | | Laundry Lux | Washer Repairs | 104.05 |
| 1/2/2012 | | Alabama Dept of Industrial Rel. | 4th Qtr 2011 State Unemployment Tax | 285.36 |
| 1/31/2012 | | Eco Lab | Housekeeping/Laundry Supplies-Jan 2012 | 228.00 |
| | | Sub-Total Pre-Petition Payables | | $    3,991.35 |
| | | Total Accounts Payable | | $   19,466.04 |

ACCOUNTS PAYABLE RECONCILIATION (Post Petition-Only)

| | Amount |
|---|---|
| Opening Balance (total from prior period) | $    29,277.92 |
| Less:  Payments of Prior Period Payables | (25,514.57) |
| Plus:  New Indebtedness Incurred This Month | 15,474.69 |
| Plus:  Prior Accounts Payable | 3,991.35 |
| Ending Month Balance | $    19,466.04 |

ATTACHMENT 3

# BANK ACCOUNT RECONCILIATION
### For the Period Beginning February 1, 2012 and Ending February 29, 2012

Name of Entity:  Greenville AL Hotel, LLC               Case Number:  1:11-CV-04171-TWT

     A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

| | |
|---|---|
| NAME OF BANK: | BB&T |
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82193 |
| PURPOSE OF ACCOUNT: | Operating |

| | |
|---|---|
| Beginning Balance | $  23,658.62 |
| Total Deposits Made | 54,666.53 |
| Total Amount of Checks Written/Wires Sent* | 54,628.45 |
| Check Charges | 453.52 |
| Closing Balances | $  23,243.18 |

| | |
|---|---|
| Number of First Check Written this Period | 1001 |
| Number of Last Check Written this Period | 1037 |
| Total number of Checks Written this Period | 37 |

\* These amounts include $13,000.00 transferred from the Operating Account to the Payroll Account.

ATTACHMENT 3.1

# BANK ACCOUNT RECONCILIATION
For the Period Beginning February 1, 2012 and Ending February 29, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT

A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

| | |
|---|---|
| NAME OF BANK: | BB&T |
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82215 |
| PURPOSE OF ACCOUNT: | Payroll |

| | |
|---|---:|
| Beginning Balance | $   3,682.26 |
| Total Deposits Made* | 13,000.00 |
| Total Amount of Checks Written/Wires Sent | 10,736.27 |
| Outstanding Checks | 1,959.96 |
| Service Charges | - |
| Closing Balances | $   5,945.99 |

| | |
|---|---:|
| Number of First Check Written this Period | 1001 |
| Number of Last Check Written this Period | 1020 |
| Total number of Checks Written this Period | 20 |

\* This amounts include $13,000.00 transferred from the Operating Account to the Payroll Account.

ATTACHMENT 5

# CHECK REGISTER
For the Period Beginning February 1, 2012 and Ending February 29, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT

NAME OF BANK:          BB&T
ACCOUNT NAME:          McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER:        82193
PURPOSE OF ACCOUNT:    Operating

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/4/2012 | 1001 | Cash | To establish petty cash | $   100.00 |
| 2/7/2012 | 1002 | Bright House | Cable | 2,752.74 |
| 2/7/2012 | ACH | Alabama Dept of Revenue | Dec 2011 Sales Tax | 1,305.13 |
| 2/8/2012 | 1003 | Alabama Dumpster | Jan & Feb Dumpster | 300.30 |
| 2/8/2012 | 1004 | SEAG | Dec 2011 Gas | 503.07 |
| 2/8/2012 | 1005 | Alabama Power | Jan 2012 Electricity | 3,070.89 |
| 2/8/2012 | 1006 | VOID | | - |
| 2/9/2012 | 1007 | HD Supply | Supplies | 517.89 |
| 2/9/2012 | 1008 | Butler County | 2011 Personal Property Tax | 2,987.38 |
| 2/9/2012 | 1009 | Ecolab | Jan & Feb 2012 Hskpg Supplies | 679.68 |
| 2/9/2012 | 1010 | Sysco | Jan 2012 Supplies | 610.22 |
| 2/10/2012 | 1011 | Marvins | Cleaning Supplies | 43.67 |
| 2/11/2012 | 1012 | Walmart | Breakfast Food | 28.39 |
| 2/9/2012 | 1013 | Greenville Water | Jan 2012 Water | 554.81 |
| 2/9/2012 | 1014 | Greenville Water | Jan 2012 Sprinkler | 19.73 |
| 2/13/2012 | 1015 | Davids Lawn Care | Weed Control | 95.00 |
| 2/13/2012 | 1016 | McGlashan Hospitality | Receiver Mobilization Fees | 11,417.71 |
| 2/13/2012 | 1017 | McGlashan Hospitality | Computer/Time Clock/Software | 1,981.51 |
| 2/13/2012 | 1018 | AL Dept of Revenue | 4th Qtr Withholdings | 534.99 |
| 2/13/2012 | 1019 | Walmart | Supplies | 25.14 |
| 2/13/2012 | 1020 | Charnessa Rhine | Mileage for Interview (Birmingham) | 141.44 |
| 2/20/2012 | 1021 | Ed Hauptmann | Breakfast Food | 106.54 |
| 2/20/2012 | 1022 | Ed Hauptmann | Expenses 2/6-19 | 377.67 |
| 2/20/2012 | 1023 | Sysco | Breakfast Food | 543.70 |
| 2/20/2012 | 1024 | Orkin | Dec 2011, Jan & Feb 2012 | 336.00 |
| 2/20/2012 | 1025 | Lamar | Bilboards Feb 2012 | 600.00 |
| 2/20/2012 | 1026 | Market America | Marketing | 525.00 |
| 2/20/2012 | 1027 | Dow Jones | Wall Street Journal Dec 2011 & Jan 2012 | 105.00 |
| 2/21/2012 | 1028 | Greenville Standard | Recruitment for GM | 10.00 |
| 2/27/2012 | 1029 | McGlashan Hospitality | Receiver/Management Expenses | 5,243.10 |
| 2/27/2012 | 1030 | Alabama Power | Electric Hotel Sign | 334.30 |
| 2/27/2012 | 1031 | SEAG | Gas | 476.79 |
| 2/27/2012 | 1032 | HD Supply | Linens | 959.17 |
| 2/27/2012 | 1033 | Bright House | Mar 2012 Cable | 1,371.22 |
| 1/23/2012 | 1034 | City of Greenville | Lodging Tax | 2,744.16 |
| 2/28/2012 | 1035 | Carbon's | Waffle Flour | 98.00 |
| 2/28/2012 | 1036 | Marvins | Supplies | 26.15 |
| 2/29/2012 | 1037 | Walmart | Printer ($49), office supplies | 101.96 |
| | | Total | | 41,628.45 |

ATTACHMENT 5.1

## CHECK REGISTER

For the Period Beginning February 1, 2012 and Ending February 29, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT

| NAME OF BANK: | BB&T |
|---|---|
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82215 |
| PURPOSE OF ACCOUNT: | Payroll |

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/9/2012 | 1001 | Amanda Trent | Payroll 1/23-2/5/12 | $  241.53 |
| 2/10/2012 | 1002 | Kimberly Jenkins | Payroll 1/23-2/5/12 | 190.62 |
| 2/10/2012 | 1003 | Wendy Jenkins | Payroll 1/23-2/5/12 | 243.17 |
| 2/10/2012 | 1004 | Kimberly Hess | Payroll 1/23-2/5/12 | 483.10 |
| 2/10/2012 | 1005 | Paisley Hill | Payroll 1/23-2/5/12 | 493.71 |
| 2/10/2012 | 1006 | Elaine Johnson | Payroll 1/23-2/5/12 | 493.71 |
| 2/10/2012 | 1007 | Vaishal Patel | Payroll 1/23-2/5/12 | 715.99 |
| 2/10/2012 | 1008 | Felicia Patterson | Payroll 1/23-2/5/12 | 334.95 |
| 2/10/2012 | 1009 | VOID | | - |
| 2/21/2012 | 1010 | Sanjai Patel | Payroll 1/23-2/5/12 | 979.68 |
| 2/10/2012 | 1011 | Ed Hauptmann | Payroll 1/23-2/5/12 | 368.40 |
| 2/24/2012 | 1012 | Amanda Trent | Payroll 2/6-2/19/12 | 274.43 |
| 2/24/2012 | 1013 | VOID | | - |
| 2/24/2012 | 1014 | Kimberly Hess | Payroll 2/6-2/19/12 | 658.36 |
| 2/24/2012 | 1015 | Paisley Hill | Payroll 2/6-2/19/12 | 704.21 |
| 2/24/2012 | 1016 | Elaine Johnson | Payroll 2/6-2/19/12 | 617.36 |
| 2/24/2012 | 1017 | Felicia Patterson | Payroll 2/6-2/19/12 | 290.65 |
| 2/24/2012 | 1018 | Ed Hauptmann | Payroll 2/6-2/19/12 | 1,591.56 |
| 2/24/2012 | 1019 | Wendy Jenkins | Payroll 2/6-2/19/12 | 380.66 |
| 2/24/2012 | 1020 | Kim Jenkins | Payroll 2/6-2/19/12 | 207.76 |
| 2/27/2012 | ACH | IRS | 4th Qtr Payroll Tax | 1,466.42 |
| | | Total | | $   10,736.27 |

# Hotel Statistics

| Business Date: 1/31/2012 | Property Code: AL360 | Shift: 1 | User: gm.al360 | |
|---|---|---|---|---|

| Room Statistics | 1/31/2012 | PTD | Last Year PTD | YTD | Last YTD |
|---|---|---|---|---|---|
| Total Rooms | 86 | 2,666 | 2,666 | 2,666 | 2,666 |
| Out Of Order | 7 | 233 | 412 | 233 | 412 |
| **Rooms Available to Sell** | **79** | **2,433** | **2,254** | **2,433** | **2,254** |
| Day Use Rooms | 1 | 6 | 8 | 6 | 8 |
| Stay Over Rooms | 37 | 577 | 422 | 577 | 422 |
| **Total Revenue Rooms** | **38** | **583** | **430** | **583** | **430** |
| Comp Rooms | 1 | 21 | 3 | 21 | 3 |
| **Total Non-Revenue Rooms** | **1** | **21** | **3** | **21** | **3** |
| **Total Occupied Rooms** | **39** | **604** | **433** | **604** | **433** |

| Performance Statistics | 1/31/2012 | PTD | Last Year PTD | YTD | Last YTD |
|---|---|---|---|---|---|
| Occ% of Total Available Rooms | 49.37% | 24.83% | 19.21% | 24.83% | 19.21% |
| Occ% of Total Rooms | 45.35% | 22.66% | 16.24% | 22.66% | 16.24% |
| STR (STAR) Occ% of Total Rooms | 44.19% | 21.87% | 16.13% | 21.87% | 16.13% |
| ADR Stay Over Rooms | 56.19 | 56.20 | 57.02 | 56.20 | 57.02 |
| ADR for Total Rev Rooms | 54.71 | 55.62 | 55.96 | 55.62 | 55.96 |
| STR (STAR) ADR for Total Rev Rooms | 54.71 | 55.62 | 55.96 | 55.62 | 55.96 |
| ADR for Total Occupied Rooms | 53.31 | 53.69 | 55.57 | 53.69 | 55.57 |
| RevPar | 26.32 | 13.33 | 10.68 | 13.33 | 10.68 |
| STR (STAR) RevPar | 24.17 | 12.16 | 9.03 | 12.16 | 9.03 |

| Revenue | 1/31/2012 | PTD | Last Year PTD | YTD | Last YTD |
|---|---|---|---|---|---|
| Room Rev(Non-Exempt From Tax) | 2,078.91 | 32,426.72 | 21,543.42 | 32,426.72 | 21,543.42 |
| Room Rev(Exempt From All Tax) | 0.00 | 0.00 | 2,519.58 | 0.00 | 2,519.58 |
| **Total Room Revenue** | **2,078.91** | **32,426.72** | **24,063.00** | **32,426.72** | **24,063.00** |
| Other Revenue | 0.00 | 240.00 | 160.00 | 240.00 | 160.00 |
| **Total Revenue** | **2,078.91** | **32,666.72** | **24,223.00** | **32,666.72** | **24,223.00** |

| Guest Statistics | 1/31/2012 | PTD | Last Year PTD | YTD | Last YTD |
|---|---|---|---|---|---|
| Number of Adults | 56 | 854 | 685 | 854 | 685 |
| Number of Children | 1 | 38 | 26 | 38 | 26 |
| **Total Number of Guests** | **57** | **892** | **711** | **892** | **711** |
| Average Adults Per Room | 1.44 | 1.41 | 1.58 | 1.41 | 1.58 |
| Average Rate Per Adult | 37.12 | 37.97 | 35.13 | 37.97 | 35.13 |
| Average Revenue Per Adult | 37.12 | 38.25 | 35.36 | 38.25 | 35.36 |

| Today's Activity | 1/31/2012 | PTD | Last Year PTD | YTD | Last YTD |
|---|---|---|---|---|---|
| Arrived With Reservations | 9 | 101 | 57 | 101 | 57 |
| Walk Ins | 17 | 330 | 304 | 330 | 304 |
| No Shows | 0 | 5 | 0 | 5 | 0 |
| Cancellations for Today's Arrivals | 1 | 9 | 13 | 9 | 13 |
| Checked Out Today | 19 | 409 | 376 | 409 | 376 |