IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RREF SNV ACQUISITIONS, LLC,   )
                               )
      Plaintiff,               )
                               )
v.                            )      Civil Action File
                               )      No. 1:11-cv-04171-TWT
GREENVILLE, AL HOTEL, LLC,   )
ANJEBHAI D. PATEL,          )
DHARMENDRA D. PATEL,      )
KISHOR PATEL and HAMENT D.  )
PATEL,                          )
                               )
      Defendants.           )

NOTICE OF FILING RECIEVER'S MONTHLY REPORT
(MARCH 2012)

COMES NOW, McGlashan Hospitality, LLC, the Court-appointed receiver

("Receiver") under that certain Order Appointing Receiver ("Order") dated

January 11, 2012 [Docket No. 14], submits this Notice of Filing Receiver's

Monthly Report as follows:

1.  The Order directs the Receiver to prepare monthly financial reports,

     regarding the value, profitability, operations and expenses of the

     Greenville, Alabama Hotel ("Hotel").

2.  Pursuant to said Order, attached hereto as <u>Exhibit A</u> is the Receiver's

Monthly Report for the month of March, 2012.

Respectfully submitted this 16th day of April, 2012.

                                        s/ Jason B. Godwin
                                   Jason B. Godwin
                                   Georgia Bar No. 142226
                                   Busch, Slipakoff & Schuh, LLP
                                   3350 Riverwood Parkway
                                   Suite 1550
                                   Atlanta, Georgia 30339
                                   Phone:        (770) 790-3550
                                   Fax:          (770) 790-3520
                                   jgodwin@bssfirm.com
                                   *Attorney for the Receiver*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2012, I electronically filed the foregoing and the exhibit hereto with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following:

<u>Attorneys for RREF SNV ACQUISITIONS, LLC</u>:

William C. Collins, Jr. (wcollins@burr.com)
Bret A. Beldt (bbeldt@burr.com)
Nicolas M. Gaxiola (ngaxiola@burr.com)
BURR & FOREMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

<u>Attorneys for Defendants</u>:

John Christy (jchristy@swfllp.com)
Robert H. Snyder (rsnyder@swfllp.com)
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309-4516

                                    s/ Jason B. Godwin
                                    Jason B. Godwin
                                    Georgia Bar No. 142226
                                    Busch, Slipakoff & Schuh, LLP
                                    3350 Riverwood Parkway
                                    Suite 1550
                                    Atlanta, Georgia 30339
                                    Phone:     (770) 790-3550
                                    Fax:       (770) 790-3520
                                    jgodwin@bssfirm.com
                                    *Attorney for the Receiver*

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing Answer has been prepared in Times New Roman, 14 pt. font, one of the font and point selections approved by the Court in Local Rule 5.1(c).

_____ s/ Jason B. Godwin _____
Jason B. Godwin
Georgia Bar No. 142226
Busch, Slipakoff & Schuh, LLP
3350 Riverwood Parkway
Suite 1550
Atlanta, Georgia 30339
Phone:        (770) 790-3550
Fax:          (770) 790-3520
jgodwin@bssfirm.com
*Attorney for the Receiver*

<u>EXHIBIT A -- RECEIVER'S MONTHLY REPORT – MARCH 2012</u>

_Sunday, April 15, 2012_

### *Court Appointed Receiver Report GR003 to:*

RRSEF SNV ACQUISITIONS, LLC (Plaintiff)

And

GREENVILLE, AL HOTEL, LLC
CIVIL ACTION FILE No: 1:11-CV-04171-TWT

RECEIVER:  McGLASHAN HOSPITALITY, LLC (MH)
Report completed and presented by: Euan McGlashan, Managing Partner, McGlashan
Hospitality, LLC

Onsite team:

Mr. Ed Hauptmann
Ms. Lisa Gorge
Mr. Euan McGlashan

Subject property:

# QUALITY INN & SUITES, GREENVILLE, ALABAMA (QI)



To whom it may concern.

This report contains mainly up-to-date financial information on current operations with some additional notes submitted below within the Executive Summary. All commentary and reporting is factual and unbiased.

***Written Summary.***

***Overview of select items.***

Following two months of 'clean-up' and discovery, this third month has seen us establish a professionally operated business, while continuing to take care of the considerable maintenance issues discovered on assuming possession of the asset.

The last two financial reports were somewhat distorted due to not having the ability to access the c/c collections on a regular basis. This was recently resolved by switching credit card processing to BB&T with who we now hold our operating accounts.

This month, with the growth in occupancy to 29.15% we generated enough cash to become cash flow positive and no funding was required.

Our on property management fees were slightly higher this month due to coverage requirements for Mr. Hauptmann who was on vacation. These fees are classified as Management Fees in the financial report BUT relate to onsite Management, not receiver.

CGM (Crace Galvis McGrath, LLC) became the new name for our accounting firm -- Moore & Cubbedge.

This month we made the strategic decision not to employ and pay a bookkeeper. For only an additional $1000 per month, have created a centralized accounting solution with CGM. This now means all invoice processing and daily reconciliations are no longer onsite which makes the staffing model more lean and efficient. Additionally, it represents a streamlining of the accounting function which was previously ineffective and inaccurate.

Unfortunately, we were forced to pay a $2040 deposit to the Alabama Power Company due to the owners reporting JDH Construction as the owner of the property. AP determined that since the wrong company had been reported initially, we would have to provide a new deposit as a matter of policy.



McGLASHAN HOSPITALITY LLC

3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com

We performed $2321 in repairs this month, including the laundry equipment and pool. April will see us incur significantly more as we bring 8 'out of order' rooms back online and into commission.

We purchased an additional $225 in linens to replace old and soiled ones.

Recent STR reports show us trailing the competitive set from a revenue generation index perspective. However -- what is important to note is that the competitive set all range between 45 and 50 rooms, vs. our QI with 86 rooms when fully operational. In real terms, this means that 'actual' rooms booked and occupied between the hotels are all very similar. We continue to see growth in market share and given the limited service nature of our property and our competitors, the operational cost overheads (excluding ongoing maintenance) mean we can compete similarly on a gross operating profit basis.

### _Property Condition._

In our first report of February we indicated several areas of needed improvement. Several small items have been attended to and currently we are conducting a search to find a reputable maintenance firm / vendor to carry out the remaining work detailed below. Mr. Hauptmann met with the City of Greenville Building Inspector and the Public Health Environmentalist with the Alabama Department of Health who offered a history lesson on the building and challenges prior to obtaining the permits to operate the business.

1- The swimming pool has been a financial and building code strain since the hotel's renovation in 2010. The money spent to patch and cover damage due to neglect, would have allowed a new pool to be constructed. The pumps and filter are in good condition with the possible exception of the salt chlorinator. The pool has been professionally cleaned then tested for leaks by American Leak Detection. The good news is that there are no 'major' leaks as first feared. While the pool is not the most attractive, leaks are limited to the skimmers which have been repaired and rebuilt several times over the past years. All contacts for pool assistance are based in Montgomery any Birmingham which has made timing and managing costs significantly harder. However, we have prevailed and the pool will be operational for the summer season at a lower cost than earlier expected.



3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com

2- The granite shower walls are a challenge for the permitting. They were never correctly attached to the walls and all had to be corked with an epoxy. The granite soap dishes which have begun to fall, chipping the tubs, are also creating a health violation. We will seek a contractor to cover the current chips and secure the soap dishes.

3- The rooms with only hot or cold water have not yet been professionally checked. These will be attended to by the maintenance firm we eventually hire for our repair work.

4- The guest rooms which have the stains and odor of curry due to staff living and cooking in them, will all be professionally cleaned and carpeting removed and replaced. A contractor has been chosen and work begins this month, April.

5- A new lawn service has been contracted. Service started in March due to an early spring and the improvement is noticeable.

6- Signage is being analyzed and alternative locations being discussed and negotiated. Our goal is to improve visibility and awareness for the property.

7- Hotel lighting is in poor condition. The building has many burned out bulbs, due to malfunctioning photo cells. Contact has been made for consultation on the best method of replacement or repair. There are several dark, uncomfortable areas of the property where we have installed temporary lighting solutions.

### *Operations.*

Several new associates have replaced those that could not or would not rise to improved expectations.  We continue the search for a permanent General Manager candidate and have a short list of two. Our first offer extended was turned down by the individual due to reluctance to move from Montgomery to Greenville. Mr. Hauptmann has made positive contact with the Greenville Chamber of Commerce and the Alabama Career Center to secure further candidate applications for the position.

All associates are now on an electronic time clock system. The Time Trax system has obviously created a more reliable method of tracking associate hours and wages in a legally complaint manner.



3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com

During our initial takeover period, we have embarked on several cross-training initiatives with all associates. This has proven to be very successful and cost effective.

Initial conversations with the Area Marketing Manager of Choice Hotels had us examine our current billboards. Choice is not in favor of posting a low "from" rate on billboards. We agreed and have had current billboards updated and the price removed. An additional billboard is being studied closer to the south bound exit to direct traffic to turn left toward us rather than right where most hotels and restaurants are located. Our location is on the 'wrong' side of the Interstate when it comes to walking distance to restaurants from hotels.

The local community, repeat customers (CSX crews) and vendors have been very accepting of the new management of the hotel.

The monthly financial report is submitted in conjunction with this report.

Yours sincerely,

Euan S. McGlashan
Managing Partner,
McGlashan Hospitality, LLC



3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com

## Financial Report for Business
For the Period Beginning March 1, 2012 and Ending March 31, 2012

Name of Entity:  Greenville AL Hotel, LLC
Date of Receivership:  January 23, 2012

Case Number:  1:11-CV-04171-TWT

| | | | |
|---|---|---|---:|
| 1 | CASH AT BEGINNING OF PERIOD | $ | 29,189.17 |
| 2 | RECEIPTS: | | |
| A. | Cash Sales | | 41,301.29 |
| | | | |
| 3 | TOTAL RECEIPTS | | 41,301.29 |
| 4 | TOTAL CASH AVAILABLE FOR OPERATIONS | | 70,490.46 |
| | | | |
| 5 | DISBURSEMENTS | | |
| A. | PRE-PETITION EXPENSES | | |
| | Sub-Total Pre-Petition Expenses | | - |
| | | | |
| B. | POST-PETITION EXPENSES | | |
| a. | Accounting | | 1,610.00 |
| b. | Advertising | | 600.00 |
| c. | Breakfast Food | | 2,620.12 |
| d. | Contributions | | 35.00 |
| e. | Franchise Fees | | 4,302.32 |
| f. | Linens | | 225.25 |
| g. | Net Payroll | | 10,392.00 |
| h. | Payroll taxes | | 2,289.37 |
| i. | Receiver/Management Fees & Expenses | | 4,152.17 |
| j. | Repairs & Maintenance | | 2,320.93 |
| k. | Sales Tax | | 4,161.01 |
| l. | Security | | 56.00 |
| m. | Supplies | | 228.00 |
| n. | Telephone | | 1,097.49 |
| o. | Utilities | | 6,093.65 |
| | Sub-Total Post-Petition Expenses | | 40,183.31 |
| | | | |
| 6 | TOTAL CASH DISBURSEMENTS | | 40,183.31 |
| | | | |
| 7 | ENDING CASH BALANCE (Line 4 - Line 6) | $ | 30,307.15 |

ATTACHMENT 2

## ACCOUNTS PAYABLE REPORT
For the Period Beginning March 1, 2012 and Ending March 31, 2012

Name of Entity: Greenville AL Hotel, LLC        Case Number: 1:11-CV-04171-TWT

In the space below list all invoices or bills incurred and not paid since the filing of the petition.
Do not include amounts owed prior to filing the petition.

| Date Incurred | Days Outstanding | Vendor | Description | | Amount |
|---|---|---|---|---|---|
| 3/31/2012 | | Alabama Dept of Revenue | State Sales Tax | $ | 1,454.68 |
| 3/31/2012 | | City of Greenville | City Sales Tax | | 3,022.04 |
| 2/29/2012 | | Choice International | Franchise Fees-Feb | | 3,846.28 |
| 3/31/2012 | | Choice International | Franchise Fees-Mar | | 4,255.84 |
| 3/31/2012 | | Alabama Dumpster | Trash Removal | | 151.90 |
| 3/31/2012 | | Alabama Power | Utilities | | 2,679.22 |
| 3/31/2012 | | Crace Galvis McGrath | Accounting Fees | | 2,500.00 |
| 3/31/2012 | | Greenville Water | Utilities | | 846.71 |
| 3/31/2012 | | McGlashan Hospitality | Management Fee | | 5,000.00 |
| 3/31/2012 | | SAEGD | Utilities | | 521.62 |
| 3/31/2012 | | Camellia Communications   * | Telephone | | 550.00 |
| 3/31/2012 | | US Treasury | 941 Taxes | | 3,202.00 |
| 3/31/2012 | | US Treasury | 940 Taxes | | 162.00 |
| 3/31/2012 | | AL Dept of Industrial Relations | AL Unemployment Tax | | 705.00 |
| 3/31/2012 | | AL DOR | AL Withholding | | 771.00 |
| | | Sub-Total Post-Petition Payables | | $ | 29,668.29 |

In the space below are all invoices or bills incurred prior to the filing of the petition but considered essential to the continued operation of the hotel. These bills were included in funding requests but payment was withheld pending verification from outside sources, which was not finalized until February.

| | | | | | |
|---|---|---|---|---|---|
| 8/5/2011 | | Advance Solutions | Fire Alarm Repairs | $ | 414.00 |
| 11/15/2011 | | Advance Solutions | Fire Alarm Repairs | | 336.00 |
| 1/12/2012 | | Choice Hotel International | 2011 Interest Fees | | 2,070.26 |
| 11/22/2011 | | Creative Breakfast Concepts | Breakfast Supplies | | 103.68 |
| 8/1-10/31/11 | | David Stevenson | Lawn Care | | 450.00 |
| 10/11/2011 | | Laundry Lux | Washer Repairs | | 104.05 |
| 1/31/2012 | | Eco Lab | Housekeeping/Laundry Supplies-Jan 2012 | | 228.00 |
| | | Sub-Total Pre-Petition Payables | | $ | 3,705.99 |
| | | Total Accounts Payable | | $ | 33,374.28 |

ACCOUNTS PAYABLE RECONCILIATION (Post Petition-Only)

| | | |
|---|---|---|
| Opening Balance (total from prior period) | $ | 19,466.04 |
| Less: Payments of Prior Period Payables | | (15,760.05) |
| Plus: New Indebtedness Incurred This Month | | 29,668.29 |
| Plus: Prior Accounts Payable | | 3,705.99 |
| Ending Month Balance | $ | 33,374.28 |

* Estimate

ATTACHMENT 3

## BANK ACCOUNT RECONCILIATION
For the Period Beginning March 1, 2012 and Ending March 31, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT

   A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

| | |
|---|---|
| NAME OF BANK: | BB&T |
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82193 |
| PURPOSE OF ACCOUNT: | Operating |

| | |
|---|---:|
| Beginning Balance | $  23,243.18 |
| Total Deposits Made | 41,301.29 |
| Total Amount of Checks Written/Wires Sent* | 38,501.94 |
| Check Charges | - |
| Closing Balances | $  26,042.53 |

| | |
|---|---:|
| Number of First Check Written this Period | 1038 |
| Number of Last Check Written this Period | 1111 |
| Total number of Checks Written this Period | 40 |

* These amounts include $11,000.00 transferred from the Operating Account to the Payroll Account.

ATTACHMENT 3.1

# BANK ACCOUNT RECONCILIATION
For the Period Beginning March 1, 2012 and Ending March 31, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT

    A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

| | |
|---|---|
| NAME OF BANK: | BB&T |
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82215 |
| PURPOSE OF ACCOUNT: | Payroll |

| | |
|---|---:|
| Beginning Balance | $   5,945.99 |
| Total Deposits Made* | 11,000.00 |
| Total Amount of Checks Written/Wires Sent | 12,681.37 |
| Outstanding Checks | 1,963.25 |
| Service Charges | - |
| Closing Balances | $   4,264.62 |

| | |
|---|---:|
| Number of First Check Written this Period | 1001 |
| Number of Last Check Written this Period | 1020 |
| Total number of Checks Written this Period | 20 |

\* This amounts include $11,000.00 transferred from the Operating Account to the Payroll Account.

ATTACHMENT 5

## CHECK REGISTER
For the Period Beginning March 1, 2012 and Ending March 31, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT


NAME OF BANK:           BB&T
ACCOUNT NAME:           McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER:         82193
PURPOSE OF ACCOUNT:     Operating

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/29/2012 * | 1038 | Wal-Mart | Breakfast Food | $    50.76 |
| 2/29/2012 * | 1039 | Marvins | Pool Pump Repairs | 66.98 |
| 3/3/2012 | 1040 | Butler County Humane Society | Contribution | 35.00 |
| 3/5/2012 | 1041 | Ed Hauptmann | Expenses | 334.83 |
| 3/5/2012 | 1042 | Greenville Water | Utilities | 14.73 |
| 3/5/2012 | 1043 | Greenville Water | Utilities | 430.52 |
| 3/5/2012 | 1044 | Lamar | Advertising | 600.00 |
| 3/5/2012 | 1045 | Alabama Dumpster | Trash removal | 150.85 |
| 3/5/2012 | 1046 | Camellia Communications | Telephone | 540.57 |
| 3/5/2012 | 1047 | Camellia Communications | Telephone | 556.92 |
| 3/6/2012 | 1048 | Choice Hotels | Franchise Fees | 4,302.32 |
| 3/5/2012 | 1049 | Sysco Gulf Coast | Breakfast Food | 398.51 |
| 3/5/2012 | 1050 | Tropical Pools | Pool Repairs | 350.00 |
| 3/5/2012 | 1051 | Alabama Power | Utilities | 351.78 |
| 3/5/2012 | 1052 | Alabama Power | Utilities | 3,256.62 |
| 3/6/2012 | 1053 | Cardons | Breakfast Food | 98.00 |
| 3/12/2012 | 1054 | American Leak Detectors | Pool Repairs | 800.00 |
| 3/9/2012 | 1055 | Cash | Breakfast Food | 173.06 |
| 3/9/2012 | 1056 | Wal-Mart | Breakfast Food | 62.82 |
| 3/9/2012 | 1057 | Ed Hauptmann | Expenses | 212.58 |
| 3/15/2012 | 1058 | City of Greenville | Sales Tax | 2,756.59 |
| 3/16/2012 | 1059 | Sysco Gulf Coast | Breakfast Food | 428.53 |
| 2/28/2012 | 1100 * | HD Supply | Supplies | 228.00 |
| 2/28/2012 | 1101 * | Eco Lab | Linens | 225.25 |
| 3/16/2012 | 1060 | Alabama Power | Deposit | 2,040.00 |
| 3/20/2012 | 1061 | Alabama Laundry Equipment | Washer/Dryer Repairs | 783.35 |
| 3/14/2012 | 1064 | Sysco Gulf Coast | Breakfast Food | 254.55 |
| 3/16/2012 | 1066 | Wal-Mart | Breakfast Food | 37.14 |
| 3/24/2012 | 1067 | Cash & Carry | Repairs | 57.75 |
| 3/30/2012 | 1068 | Ed Hauptmann | Expenses | 215.59 |
| 3/22/2012 | 1069 | Wal-Mart | Breakfast Food | 70.22 |
| 3/20/2012 | 1102 | Sysco Gulf Coast | Breakfast Food | 718.77 |
| 3/21/2012 | 1103 | Orkin | Pest Control | 112.00 |
| 3/21/2012 | 1104 | Advance Solutions Inc. | Security | 56.00 |
| 3/23/2012 | 1105 | Moore & Cubbedge | Accounting Fees | 1,610.00 |
| 3/15/2012 | 1106 | 1 Rom Trading Partners | Contract Labor | 2,500.00 |
| 3/15/2012 | 1107 | Void | | - |
| 3/27/2012 | 1109 | Mike Moreno | Expenses | 889.17 |
| 3/27/2012 | 1110 | Void | | - |
| 3/27/2012 | 1111 | Sysco Gulf Coast | Breakfast Food | 327.76 |
| 3/20/2012 | ACH | Alabama Dept of Revenue | Sales Tax | 1,404.42 |
| | | Total | | 27,501.94 |

ATTACHMENT 5.1

## CHECK REGISTER

For the Period Beginning March 1, 2012 and Ending March 31, 2012

Name of Entity: Greenville AL Hotel, LLC                                    Case Number: 1:11-CV-04171-TWT

| NAME OF BANK: | BB&T |
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82215 |
| PURPOSE OF ACCOUNT: | Payroll |

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|------|------|------|------|------|
| 3/9/2012 | 1021 | Amanda Trent | Payroll | $ 332.88 |
| 3/9/2012 | 1022 | Kimberly Jenkins | Payroll | 296.57 |
| 3/9/2012 | 1023 | Wendy Jenkins | Payroll | 338.80 |
| 3/9/2012 | 1024 | Kimberly Hess | Payroll | 629.88 |
| 3/9/2012 | 1025 | Paisley Hill | Payroll | 655.23 |
| 3/9/2012 | 1026 | Helen Johnson | Payroll | 482.53 |
| 3/9/2012 | 1027 | Felecia Paterson | Payroll | 227.36 |
| 3/9/2012 | 1028 | Ed Hauptmann | Payroll | 1,593.43 |
| 3/9/2012 | 1029 | Dustin Stinson | Payroll | 299.19 |
| 3/9/2012 | 1100 | Amanda Trent | Payroll | 341.80 |
| 3/23/2012 | 1101 | Dustin Stinson | Payroll | 475.20 |
| 3/23/2012 | 1102 | Ed Hauptmann | Payroll | 1,583.38 |
| 3/23/2012 | 1103 | Felecia Paterson | Payroll | 277.04 |
| 3/23/2012 | 1104 | Helen Johnson | Payroll | 484.50 |
| 3/23/2012 | 1105 | Kimberly Hess | Payroll | 466.99 |
| 3/23/2012 | 1106 | Kimberly Jenkins | Payroll | 232.25 |
| 3/23/2012 | 1107 | Kimberly Hartley | Payroll | 148.05 |
| 3/23/2012 | 1108 | Paisley Hill | Payroll | 768.50 |
| 3/23/2012 | 1109 | Wendy Jenkins | Payroll | 378.55 |
| 3/21/2012 | 1110 | Kimberly Jenkins | Payroll | 379.87 |
| 3/16/2012 | ACH | US Treasury | Payroll Tax | 2,289.37 |
| | | Total | | $ 12,681.37 |

ATTACHMENT 5.1

# CHECK REGISTER

For the Period Beginning March 1, 2012 and Ending March 31, 2012

Name of Entity: Greenville AL Hotel, LLC                    Case Number: 1:11-CV-04171-TWT

| NAME OF BANK: | BB&T |
|---|---|
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82215 |
| PURPOSE OF ACCOUNT: | Payroll |

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 3/9/2012 | 1021 | Amanda Trent | Payroll | $    332.88 |
| 3/9/2012 | 1022 | Kimberly Jenkins | Payroll | 296.57 |
| 3/9/2012 | 1023 | Wendy Jenkins | Payroll | 338.80 |
| 3/9/2012 | 1024 | Kimberly Hess | Payroll | 629.88 |
| 3/9/2012 | 1025 | Paisley Hill | Payroll | 655.23 |
| 3/9/2012 | 1026 | Helen Johnson | Payroll | 482.53 |
| 3/9/2012 | 1027 | Felecia Paterson | Payroll | 227.36 |
| 3/9/2012 | 1028 | Ed Hauptmann | Payroll | 1,593.43 |
| 3/9/2012 | 1029 | Dustin Stinson | Payroll | 299.19 |
| 3/9/2012 | 1100 | Amanda Trent | Payroll | 341.80 |
| 3/23/2012 | 1101 | Dustin Stinson | Payroll | 475.20 |
| 3/23/2012 | 1102 | Ed Hauptmann | Payroll | 1,583.38 |
| 3/23/2012 | 1103 | Felecia Paterson | Payroll | 277.04 |
| 3/23/2012 | 1104 | Helen Johnson | Payroll | 484.50 |
| 3/23/2012 | 1105 | Kimberly Hess | Payroll | 466.99 |
| 3/23/2012 | 1106 | Kimberly Jenkins | Payroll | 232.25 |
| 3/23/2012 | 1107 | Kimberly Hartley | Payroll | 148.05 |
| 3/23/2012 | 1108 | Paisley Hill | Payroll | 768.50 |
| 3/23/2012 | 1109 | Wendy Jenkins | Payroll | 378.55 |
| 3/21/2012 | 1110 | Kimberly Jenkins | Payroll | 379.87 |
| 3/16/2012 | ACH | US Treasury | Payroll Tax | 2,289.37 |
|  |  | Total |  | $   12,681.37 |

HAMILTON STATE BANK
P.O. BOX 249
BRASELTON, GEORGIA 30517

CCB3 LLC
2220 FLEURIE LN
BRASELTON GA 30517-2441

## Loan Payoff Statement

| | | |
|---|---|---|
| Loan Payoff for: | Loan Number: | 713131 |
| CCB3 LLC | Date Quoted: | Apr 16, 2012 |
| 2220 FLEURIE LN | Payoff Good To: | Apr 16, 2012 |
| BRASELTON GA 30517-2441 | Method: | 7/0 |

Collateral: Multiple

| | |
|---|---|
| Principal: | $2,537,241.76 |
| Interest To Apr 16, 2012: | $170,769.58 |
| Late Charges: | $2,896.75 |
| **Net Amount Due:** | **$2,710,908.09** |

## Additional Information

| | |
|---|---|
| One Day's Interest: | $229.06 |

HAMILTON STATE BANK
P.O. BOX 249
BRASELTON, GEORGIA 30517


CENTURY GATEWAY, LLC
2220 FLEURIE LN
BRASELTON GA 30517-2441

## Loan Payoff Statement

| | | |
|---|---|---|
| Loan Payoff for: | Loan Number: | 711403 |
| CENTURY GATEWAY, LLC | Date Quoted: | Apr 16, 2012 |
| 2220 FLEURIE LN | Payoff Good To: | Apr 16, 2012 |
| BRASELTON GA 30517-2441 | Method: | 7/0 |

Collateral: 8.285 ACRES CORNER HWY 211/BEAVER DAM RD HOSCHTON GA

| | |
|---|---|
| Principal: | $2,869,847.26 |
| Interest To Apr 16, 2012: | $209,370.78 |
| Late Charges: | $6,221.66 |
| **Net Amount Due:** | **$3,085,439.70** |

## Additional Information

| | |
|---|---|
| One Day's Interest: | $279.01 |