IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RREF SNV ACQUISITIONS, LLC,    )
                                  )
     Plaintiff,               )
                                    )
v.                            )    Civil Action File
                                  )    No. 1:11-cv-04171-TWT
GREENVILLE, AL HOTEL, LLC,     )
ANJEBHAI D. PATEL,             )
DHARMENDRA D. PATEL,           )
KISHOR PATEL and HAMENT D.     )
PATEL,                         )
                                  )
     Defendants.           )
_____)

## NOTICE OF FILING RECIEVER'S MONTHLY REPORT
## (APRIL 2012)

COMES NOW, McGlashan Hospitality, LLC, the Court-appointed receiver

("Receiver") under that certain Order Appointing Receiver ("Order") dated

January 11, 2012 [Docket No. 14], submits this Notice of Filing Receiver's

Monthly Report as follows:

    1.  The Order directs the Receiver to prepare monthly financial reports,

        regarding the value, profitability, operations and expenses of the

        Greenville, Alabama Hotel ("Hotel").

1

2.  Pursuant to said Order, attached hereto as <u>Exhibit A</u> is the Receiver's

Monthly Report for the month of April, 2012.

Respectfully submitted this 15th day of May, 2012.

_____s/ Jason B. Godwin_____
Jason B. Godwin
Georgia Bar No. 142226
Busch, Slipakoff & Schuh, LLP
3350 Riverwood Parkway
Suite 1550
Atlanta, Georgia 30339
Phone:       (770) 790-3550
Fax:          (770) 790-3520
jgodwin@bssfirm.com
*Attorney for the Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2012, I electronically filed the foregoing and the exhibit hereto with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following:

Attorneys for RREF SNV ACQUISITIONS, LLC:

William C. Collins, Jr. (wcollins@burr.com)
Bret A. Beldt (bbeldt@burr.com)
Nicolas M. Gaxiola (ngaxiola@burr.com)
BURR & FOREMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

Attorneys for Defendants:

John Christy (jchristy@swfllp.com)
Robert H. Snyder (rsnyder@swfllp.com)
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309-4516

                                                    s/ Jason B. Godwin
                                            Jason B. Godwin
                                            Georgia Bar No. 142226
                                            Busch, Slipakoff & Schuh, LLP
                                            3350 Riverwood Parkway
                                            Suite 1550
                                            Atlanta, Georgia 30339
                                            Phone:       (770) 790-3550
                                            Fax:         (770) 790-3520
                                            jgodwin@bssfirm.com
                                            *Attorney for the Receiver*

## <u>CERTIFICATION OF COUNSEL</u>

I hereby certify that the foregoing Answer has been prepared in Times New Roman, 14 pt. font, one of the font and point selections approved by the Court in Local Rule 5.1(c).

<u>     s/ Jason B. Godwin     </u>
Jason B. Godwin
Georgia Bar No. 142226
Busch, Slipakoff & Schuh, LLP
3350 Riverwood Parkway
Suite 1550
Atlanta, Georgia 30339
Phone:     (770) 790-3550
Fax:     (770) 790-3520
jgodwin@bssfirm.com
*Attorney for the Receiver*

4



<u>EXHIBIT A – RECEIVER'S MONTHLY REPORT – April 2012</u>

*Tuesday, May 15, 2012*

### Court Appointed Receiver Report GR004 to:

RRSEF SNV ACQUISITIONS, LLC (Plaintiff)

And

GREENVILLE, AL HOTEL, LLC
CIVIL ACTION FILE No: 1:11-CV-04171-TWT

RECEIVER:  McGLASHAN HOSPITALITY, LLC (MH)
Report completed and presented by: Euan McGlashan, Managing Partner, McGlashan Hospitality, LLC

Onsite team:

Mr. Ed Hauptmann
Mr. Sidney Rucker
Ms. Lisa Gorge
Mr. Euan McGlashan

Subject property:

# QUALITY INN & SUITES, GREENVILLE, ALABAMA (QI)



To whom it may concern.

This report contains mainly up-to-date financial information on current operations with some additional notes submitted below within the Executive Summary. All commentary and reporting is factual and unbiased.

### *Written Summary.*

#### *Overview of select items.*

The hotel, despite soft trading continued to fund its operations through the month of April.

The Merchant Services Account transfer has finally been completed with a switch from American Express to BB&T.

In April, we were required to pay $414 in pre-petition expenses for the fire inspection in order to ensure ALS continues to maintain our fire protection services.

In April, a female guest suffered a very minor foot injury when one of the poorly installed granite soap dishes in the shower fell on her foot. We completed an accident report and paid for her stay. To date, no files have been charged.

With the above as a constant reminder and following on from the April report when we once again discussed in detail the many and varied maintenance and poor construction items the building suffers; we have employed the services of a maintenance firm from Atlanta – Outsource Construction, Inc. – arriving on property May 14th. As noted above, poor maintenance and construction has led to several conditions existing within the hotel where faulty install and poor work quality has resulted in lost business and an inferior product in the marketplace. Outsource Construction are working through a detailed list of items. The cost to repair ALL items is anticipated to be around $25,000 which will require funding.

Additionally, given several guest requests (both long-term corporate and leisure) for somewhere to sit outside near the pool and grill, we are installing a 120 square foot slab and two pole mounted barbecue picnic grills in order to retain these travelers as Quality Inn guests.



3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com

Within Sales & Marketing and following three months of detailed due diligence within the market, we have determined visibility and poor signage to be the biggest cause of lower than planned occupancies. This in addition to sitting on the east side of the highway, with all our competitors on the west.

Our solutions to these visibility issues are:

1. Pole mounting the wall mounted property signage currently hidden by the Mexican Restaurant to above the restaurant roofline.
2. Negotiating a price for signage currently not in use in the gas station property directly off the highway exit north. This will create awareness for making a right turn instead of an automatic left.
3. Advertising ample truck parking. Currently there is limited truck parking in the market and many truckers don't stop at our Exit 130. Following research, it seems that many would and this could have a significant impact on occupancy.
4. Installing a new more visible sign at the turn in to the property.
5. Improved lighting around the property perimeter.

We are currently seeking all the city approvals and zoning / permitting for these changes as well as obtaining quotes for the signage. Given occupancy levels, we plan to expedite these projects ASAP prior to the summer season. This project will also require funding.

Upon completion of the maintenance items and signage project, we believe the hotel will enjoy increased occupancies and revenues, where we can then focus our efforts on continued Sales & Marketing efforts internally and with Choice Hotels International to stabilize the property performance and ensure fair market share within the competitive set.

McGLASHAN HOSPITALITY LLC

***Operations.***

We continue the search for a permanent General Manager candidate which given the property location and salary scale, is a slow process. McGlashan Hospitality employees continue to fill this role on a temporary basis.

The new staff in place have all completed training and thus far have been performing admirably.

The monthly financial report is submitted in conjunction with this report.

Yours sincerely,

Euan S. McGlashan
Managing Partner,
McGlashan Hospitality, LLC



**Financial Report for Business**
For the Period Beginning April 1, 2012 and Ending April 30, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT
Date of Receivership:  January 23, 2012

| | | | | |
|---|---|---|---|---:|
| 1 | CASH AT BEGINNING OF PERIOD | | $ | 30,307.15 |
| 2 | RECEIPTS: | | | |
| | A. | Cash Sales* | | 27,308.29 |
| 3 | TOTAL RECEIPTS | | | 27,308.29 |
| 4 | TOTAL CASH AVAILABLE FOR OPERATIONS | | | 57,615.44 |
| 5 | DISBURSEMENTS | | | |
| | A. | PRE-PETITION EXPENSES | | |
| | | a. | Fire Inspection | 414.00 |
| | | | Sub-Total Pre-Petition Expenses | 414.00 |
| | B. | POST-PETITION EXPENSES | | |
| | | a. | Accounting | 2,500.00 |
| | | b. | Advertising | 2,625.00 |
| | | c. | Bank Fees | 6.37 |
| | | d. | Breakfast Food | 1,619.77 |
| | | e. | Cable | 1,371.22 |
| | | f. | Contributions | 75.00 |
| | | g. | Franchise Fees | 3,893.12 |
| | | h. | News Papers | 105.00 |
| | | i. | Net Payroll | 10,373.66 |
| | | j. | Office Supplies | 135.73 |
| | | k. | Payroll taxes | 4,824.75 |
| | | l. | Receiver/Management Fees & Expenses | 5,478.77 |
| | | m. | Repairs & Maintenance | 1,297.93 |
| | | n. | Sales Tax | 4,585.05 |
| | | o. | Supplies | 916.82 |
| | | p. | Telephone | 510.53 |
| | | q. | Utilities | 4,047.55 |
| | | | Sub-Total Post-Petition Expenses | 44,366.27 |
| 6 | TOTAL CASH DISBURSEMENTS | | | 44,780.27 |
| 7 | ENDING CASH BALANCE (Line 4 - Line 6) | | $ | 12,835.17 |

\* April Credit Card deposits of $32,342.82 was transferred from the pre-petition account on
May 1, 2012.  These are not reflected in the Cash Sales amount above.

ATTACHMENT 2

## ACCOUNTS PAYABLE REPORT
For the Period Beginning April 1, 2012 and Ending April 30, 2012

Name of Entity:  Greenville AL Hotel, LLC                     Case Number:  1:11-CV-04171-TWT

In the space below list all invoices or bills incurred and not paid since the filing of the petition.
Do not include amounts owed prior to filing the petition.

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 4/30/2012 | | Alabama Dept of Revenue | State Sales Tax | $    1,353.49 |
| 4/30/2012 | | City of Greenville | City Sales Tax | 2,637.25 |
| 4/30/2012 | | Choice International | Franchise Fees-April | 4,396.63 |
| 4/30/2012 | | Alabama Dumpster | Trash Removal | 151.90 |
| 4/30/2012 | | Alabama Power | Utilities | 2,950.65 |
| 4/30/2012 | | Brighthouse | Cable | 1,371.22 |
| 4/30/2012 | | Crace Galvis McGrath | Accounting Fees | 2,500.00 |
| 4/30/2012 | | Greenville Water | Utilities | 692.99 |
| 4/30/2012 | | McGlashan Hospitality | Management Fee | 5,000.00 |
| 4/30/2012 | | SAEGD | Utilities | 647.00 |
| 4/30/2012 | | Camellia Communications | Telephone | 497.07 |
| 4/30/2012 | | Orkin | Pest Control | 112.00 |
| 4/30/2012 | | Sysco | Breakfast Food | 193.38 |
| 4/30/2012 | | Ed Hauptmann | Expense Reimbursement | 160.93 |
| 4/30/2012 | | Lisa Gorge | Reimbursement for C/C Processing Transfer | 200.00 |
| 4/30/2012 | | Lee Electric | Repairs | 637.13 |
| 4/30/2012 | | US Treasury | 941 Taxes | 2,673.54 |
| 4/30/2012 | | US Treasury | 940 Taxes | 54.74 |
| 4/30/2012 | | AL Dept of Industrial Relations | AL Unemployment Tax | 294.73 |
| 4/30/2012 | | AL Dept of Revenue | AL Withholding | 433.50 |
| | Sub-Total Post-Petition Payables | | | $  26,958.15 |

In the space below are all invoices or bills incurred prior to the filing of the petition but considered essential to the continued operation of the hotel.  These bills were included in funding requests but payment was withheld pending verification from outside sources, which was not finalized until February.

| | | | | |
|---|---|---|---|---|
| 11/15/2011 | | Advance Solutions | Fire Alarm Repairs | $      336.00 |
| 1/12/2012 | | Choice Hotel International | 2011 Interest Fees | 2,070.26 |
| 11/22/2011 | | Creative Breakfast Concepts | Breakfast Supplies | 103.68 |
| 8/1-10/31/11 | | David Stevenson | Lawn Care | 450.00 |
| 10/11/2011 | | Laundry Lux | Washer Repairs | 104.05 |
| 1/31/2012 | | Eco Lab | Housekeeping/Laundry Supplies-Jan 2012 | 228.00 |
| | Sub-Total Pre-Petition Payables | | | $   3,291.99 |
| | Total Accounts Payable | | | $  30,250.14 |

ACCOUNTS PAYABLE RECONCILIATION (Post Petition-Only)

| | | |
|---|---|---|
| Opening Balance (total from prior period) | $  19,466.04 |
| Less:  Payments of Prior Period Payables | (15,760.05) |
| Plus:  New Indebtedness Incurred This Month | 26,958.15 |
| Plus:  Prior Accounts Payable | 3,291.99 |
| Ending Month Balance | $  30,250.14 |

ATTACHMENT 3

## BANK ACCOUNT RECONCILIATION
For the Period Beginning April 1, 2012 and Ending April 30, 2012

Name of Entity: Greenville AL Hotel, LLC                    Case Number: 1:11-CV-04171-TWT

A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

| | |
|---|---|
| NAME OF BANK: | BB&T |
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82193 |
| PURPOSE OF ACCOUNT: | Operating |

| | |
|---|---|
| Beginning Balance | $ 26,042.53 |
| Total Deposits Made* | 27,308.29 |
| Total Amount of Checks Written/Wires Sent** | 42,346.86 |
| Check Charges | 3.37 |
| Closing Balances | $ 11,000.59 |

| | |
|---|---|
| Number of First Check Written this Period | 1071 |
| Number of Last Check Written this Period | 1147 |
| Total number of Checks Written this Period | 35 |

\* April Credit Card deposits of $32,342.82 was transferred from the pre-petition account on May 1, 2012. These are not reflected in the Deposit balance above.

\*\* These amounts include $12,000.00 transferred from the Operating Account to the Payroll Account.

ATTACHMENT 3.1

# BANK ACCOUNT RECONCILIATION
For the Period Beginning April 1, 2012 and Ending April 30, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT

A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

| | |
|---|---|
| NAME OF BANK: | BB&T |
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82215 |
| PURPOSE OF ACCOUNT: | Payroll |

| | |
|---|---:|
| Beginning Balance | $   4,264.62 |
| Total Deposits Made* | 12,000.00 |
| Total Amount of Checks Written/Wires Sent | 14,427.04 |
| Outstanding Checks | 1,070.03 |
| Service Charges | 3.00 |
| Closing Balances | $   1,834.58 |

| | |
|---|---:|
| Number of First Check Written this Period | 1111 |
| Number of Last Check Written this Period | 1159 |
| Total number of Checks Written this Period | 22 |

* This amounts include $12,000.00 transferred from the Operating Account to the Payroll Account.

ATTACHMENT 5

## CHECK REGISTER

For the Period Beginning April 1, 2012 and Ending April 30, 2012

Name of Entity:  Greenville AL Hotel, LLC                              Case Number:  1:11-CV-04171-TWT

NAME OF BANK:           BB&T
ACCOUNT NAME:           McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER:         82193
PURPOSE OF ACCOUNT:     Operating

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/1/2012 | 1108 | Dow Jones | Newspapers | 50.00 |
| 04/01/2012 | 1070 | WalMart | Breakfast Food | 98.20 |
| 04/16/2012 | 1071 | WalMart | Breakfast Food | 66.50 |
| 04/16/2012 | 1072 | WalMart | Breakfast Food | 41.27 |
| 04/20/2012 | 1073 | Walker Business Machines | Office Supplies | 135.73 |
| 04/20/2012 | 1074 | Burt Hess | Pool Cleaning | 100.00 |
| 04/24/2012 | 1075 | Lee Cash & Carry, Inc. | Repairs | 289.03 |
| 04/06/2012 | 1112 | Ed Hauptmann | Expenses | 119.84 |
| 04/06/2012 | 1113 | Alabama Dumpster | Trash Removal | 151.90 |
| 04/06/2012 | 1114 | Alabama Power | Utilities | 2,679.22 |
| 04/06/2012 | 1115 | Brighthouse | Cable | 1,371.22 |
| 04/06/2012 | 1116 | Cardon's | Breakfast Food | 102.00 |
| 04/06/2012 | 1117 | Crace Galvis McGrath, LLC | Accounting Services | 2,500.00 |
| 04/06/2012 | 1118 | Gene's Lawn Service | Lawn Maintenance | 190.00 |
| 04/06/2012 | 1119 | Greenville Water | Utilities | 846.71 |
| 04/06/2012 | 1120 | McGlashan Hospitality | Management Fees | 5,000.00 |
| 04/06/2012 | 1121 | Southeast Alabama Gas District | Utilities | 521.62 |
| 04/06/2012 | 1122 | Sysco Gulf Coast, Inc | Breakfast Food | 194.73 |
| 04/10/2012 | 1123 | Advance Solutions Inc. | Pre-Petition Fire Inspection | 414.00 |
| 04/10/2012 | 1124 | Alabama State Police Association | Donation | 75.00 |
| 04/14/2012 | 1125 | Ed Hauptmann | Pool Repairs | 455.00 |
| 04/16/2012 | 1126 | VOID | | 0.00 |
| 04/16/2012 | 1127 | Camellia Communications | Telephone | 510.53 |
| 04/16/2012 | 1128 | Choice Hotels Intl | Franchise Fee | 3,893.12 |
| 04/16/2012 | 1129 | Ecolab | Housekeeping & Laundry Supplies | 218.73 |
| 04/16/2012 | 1130 | HD Supply | Supplies | 698.09 |
| 04/16/2012 | 1131 | Lamar | Advertising | 2,100.00 |
| 04/16/2012 | 1132 | Sysco Gulf Coast, Inc | Breakfast Food | 877.48 |
| 04/16/2012 | 1133 | Ed Hauptmann | Expenses | 284.73 |
| 04/16/2012 | 1134 | Dow Jones | Newspapers | 55.00 |
| 04/16/2012 | 1135 | Orkin | Pest Control | 112.00 |
| 04/17/2012 | 1136 | City of Greenville | Sales Tax | 3,022.04 |
| 04/26/2012 | 1145 | Ed Hauptmann | Expenses | 74.20 |
| 04/26/2012 | 1146 | Market America | Advertising | 525.00 |
| 04/26/2012 | 1147 | Sysco Gulf Coast, Inc | Breakfast Food | 239.59 |
| 04/27/2012 | e File 1 | Alabama Department of Revenue Withholdin | Payroll Withholdings | 771.37 |
| 04/20/2012 | EFTPS | Alabama Department of Revenue | Sales Tax | 1,563.01 |
| | | Total | | 30,346.86 |

ATTACHMENT 5.1

## CHECK REGISTER*
For the Period Beginning April 1, 2012 and Ending April 30, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT

NAME OF BANK:           BB&T
ACCOUNT NAME:          McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER:       82215
PURPOSE OF ACCOUNT:  Payroll

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 04/06/2012 | 1111 | VOID | | - |
| 04/06/2012 | 1112 | VOID | | - |
| 04/06/2012 | 1113 | VOID | | - |
| 04/06/2012 | 1114 | VOID | | - |
| 04/06/2012 | 1115 | VOID | | - |
| 04/06/2012 | 1116 | VOID | | - |
| 04/06/2012 | 1117 | VOID | | - |
| 04/06/2012 | 1118 | VOID | | - |
| 04/06/2012 | 1119 | VOID | | - |
| 04/06/2012 | 1120 | VOID | | - |
| 04/06/2012 | 1121 | VOID | | - |
| 04/06/2012 | 1122 | VOID | | - |
| 04/06/2012 | 1123 | VOID | | - |
| 04/06/2012 | 1124 | VOID | | - |
| 04/06/2012 | 1125 | VOID | | - |
| 04/06/2012 | 1126 | VOID | | - |
| 04/06/2012 | 1127 | VOID | | - |
| 04/06/2012 | 1128 | VOID | | - |
| 04/06/2012 | 1129 | VOID | | - |
| 04/06/2012 | 1130 | Amanda Trent | Payroll | 332.22 |
| 04/06/2012 | 1131 | Dustin C Stinson | Payroll | 489.21 |
| 04/06/2012 | 1132 | Felicia I Patterson | Payroll | 475.48 |
| 04/06/2012 | 1133 | Helen E Johnson | Payroll | 253.50 |
| 04/06/2012 | 1134 | Kimberely A Hess | Payroll | 528.08 |
| 04/06/2012 | 1135 | Kimberly K Hartley | Payroll | 550.90 |
| 04/06/2012 | 1136 | Paisley A Hill | Payroll | 541.95 |
| 04/06/2012 | 1137 | Wendy N. Jenkins | Payroll | 381.32 |
| 04/06/2012 | 1138 | Ed Hauptmann  {} | Payroll | 1,609.67 |
| 04/18/2012 | 1139 | Amanda Trent | Payroll | 448.18 |
| 04/18/2012 | 1140 | Dustin C Stinson | Payroll | 441.32 |
| 04/18/2012 | 1141 | Ed Hauptmann | Payroll | 1,609.67 |
| 04/18/2012 | 1142 | Felicia I Patterson | Payroll | 403.41 |
| 04/18/2012 | 1143 | Julia M Eaddy | Payroll | 136.87 |
| 04/18/2012 | 1144 | Kimberely A Hess | Payroll | 476.08 |
| 04/18/2012 | 1145 | Kimberly K Hartley | Payroll | 552.56 |
| 04/18/2012 | 1146 | Paisley A Hill | Payroll | 669.84 |
| 04/18/2012 | 1147 | Wendy N. Jenkins | Payroll | 473.40 |
| 04/19/2012 | 1148 | VOID | | 0.00 |
| 04/19/2012 | 1149 | VOID | | 0.00 |
| 04/19/2012 | 1150 | VOID | | 0.00 |
| 04/19/2012 | 1151 | VOID | | 0.00 |
| 04/19/2012 | 1152 | VOID | | 0.00 |
| 04/19/2012 | 1153 | VOID | | 0.00 |
| 04/19/2012 | 1154 | VOID | | 0.00 |
| 04/19/2012 | 1155 | VOID | | 0.00 |
| 04/19/2012 | 1156 | VOID | | 0.00 |
| 04/19/2012 | 1157 | VOID | | 0.00 |
| 04/19/2012 | 1158 | VOID | | 0.00 |
| 04/27/2012 | 1159 | State of Alabama Dept of Industrial | Payroll Tax | 690.16 |
| 04/13/2012 | E-pay | Department of the Treasury | Payroll Tax | 543.15 |
| 04/13/2012 | E-pay | Department of the Treasury | Payroll Tax | 2,658.23 |
| 04/13/2012 | E-pay | United States Treasury | Payroll Tax | 161.84 |
| | | Total | | $  14,427.04 |

* The excessive number of voids this month were due to a formatting issue with the checks. This issue has been resolved.