IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RREF SNV ACQUISITIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File |
| | ) | No. 1:11-cv-04171-TWT |
| GREENVILLE, AL HOTEL, LLC, | ) | |
| ANJEBHAI D. PATEL, | ) | |
| DHARMENDRA D. PATEL, | ) | |
| KISHOR PATEL and HAMENT D. | ) | |
| PATEL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING RECIEVER'S MONTHLY REPORT
### (MAY 2012)

COMES NOW, McGlashan Hospitality, LLC, the Court-appointed receiver

("Receiver") under that certain Order Appointing Receiver ("Order") dated

January 11, 2012 [Docket No. 14], submits this Notice of Filing Receiver's

Monthly Report as follows:

1. The Order directs the Receiver to prepare monthly financial reports,

   regarding the value, profitability, operations and expenses of the

   Greenville, Alabama Hotel ("Hotel").

1

2.  Pursuant to said Order, attached hereto as <u>Exhibit A</u> is the Receiver's

Monthly Report for the month of May, 2012.


Respectfully submitted this 14th day of June, 2012.

_____s/ Jason B. Godwin_____

Jason B. Godwin

Georgia Bar No. 142226

Busch, Slipakoff & Schuh, LLP

3350 Riverwood Parkway

Suite 1550

Atlanta, Georgia 30339

Phone:      (770) 790-3550

Fax:          (770) 790-3520

jgodwin@bssfirm.com

*Attorney for the Receiver*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2012, I electronically filed the foregoing

and the exhibit hereto with the Clerk of the Court using the CM/ECF system which

will send notification of such filling to the following:

<u>Attorneys for RREF SNV ACQUISITIONS, LLC</u>:

William C. Collins, Jr. (<u>wcollins@burr.com</u>)
Bret A. Beldt (<u>bbeldt@burr.com</u>)
Nicolas M. Gaxiola (<u>ngaxiola@burr.com</u>)
BURR & FOREMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

<u>Attorneys for Defendants</u>:

John Christy (<u>jchristy@swfllp.com</u>)
Robert H. Snyder (<u>rsnyder@swfllp.com</u>)
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309-4516

      s/ Jason B. Godwin

Jason B. Godwin
Georgia Bar No. 142226
Busch, Slipakoff & Schuh, LLP
3350 Riverwood Parkway
Suite 1550
Atlanta, Georgia 30339
Phone:     (770) 790-3550
Fax:       (770) 790-3520
jgodwin@bssfirm.com
*Attorney for the Receiver*

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing Answer has been prepared in Times New

Roman, 14 pt. font, one of the font and point selections approved by the Court in

Local Rule 5.1(c).

      s/ Jason B. Godwin

Jason B. Godwin
Georgia Bar No. 142226
Busch, Slipakoff & Schuh, LLP
3350 Riverwood Parkway
Suite 1550
Atlanta, Georgia 30339
Phone:     (770) 790-3550
Fax:     (770) 790-3520
jgodwin@bssfirm.com
*Attorney for the Receiver*

EXHIBIT A – RECEIVER'S MONTHLY REPORT – MAY 2012

_Friday, June 15, 2012_

**_Court Appointed Receiver Report GR005 to:_**

RRSEF SNV ACQUISITIONS, LLC (Plaintiff)

And

GREENVILLE, AL HOTEL, LLC
CIVIL ACTION FILE No: 1:11-CV-04171-TWT

RECEIVER:  McGLASHAN HOSPITALITY, LLC (MH)
Report completed and presented by: Euan McGlashan, Managing Partner, McGlashan
Hospitality, LLC

Onsite team:

Mr. Ed Hauptmann
Mr. Sidney Rucker
Ms. Lisa Gorge
Mr. Euan McGlashan

Subject property:

# QUALITY INN & SUITES, GREENVILLE, ALABAMA (QI)



3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com

To whom it may concern.

This report contains mainly up-to-date financial information on current operations with some additional notes submitted below within the Executive Summary. All commentary and reporting is factual and unbiased.

### *Written Summary.*

### *Overview of select items.*

The hotel, despite soft trading continued to fund its operations through the month of May.

However, due to ongoing repairs and maintenance to return the hotel to prime condition, we requested a capital infusion to cover repairs, signage and enhancements to attract new business. We incurred approximately $24,800 in repairs in May.

Work continues through June and July on the repairs and signage projects as city approvals are secured.

Sold rooms were less than May 2011 due to CSX finishing a substantial track project close by. CSX accounted for a large percentage of sold rooms business. Our interim GM's spent a considerable amount of time over the last 6 weeks, joining the local Chamber at specific events and securing introductions to prominent local officials and businesses in order to generate new business leads.

Our plan to build out 40 feet of our property in the rear to allow for truck and bus / coach parking is still highlighted as a strong opportunity to attract a market segment the competing hotels cannot accommodate. Additionally – as discussed several times; the lack of 'visibility' of this property severally hampers the ability to compete for the huge percentage of walk-in business which makes up the majority of business at this exit, currently staying at the competing (and HIGHLY visible) hotels.

**McGLASHAN HOSPITALITY** LLC

### *Operations.*

As noted in several reports, we continue the search for a permanent General Manager candidate which given the property location and salary scale, is a slow process. McGlashan Hospitality employees continue to fill this role on a temporary basis, hence some of the additional cost in bringing quality Managers to assume control and ensure professional oversight of the renovations and repairs.

The monthly financial report is submitted in conjunction with this report.

Yours sincerely,

Euan S. McGlashan
Managing Partner,
McGlashan Hospitality, LLC



3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com

## Financial Report for Business

For the Period Beginning May 1, 2012 and Ending May 31, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT
Date of Receivership:  January 23, 2012

| | | | | |
|---|---|---|---|---:|
| 1 | CASH AT BEGINNING OF PERIOD | | $ | 12,835.17 |
| 2 | RECEIPTS: | | | |
| A. | Cash Sales* | | | 63,425.85 |
| | | | | |
| 3 | TOTAL RECEIPTS | | | 63,425.85 |
| 4 | TOTAL CASH AVAILABLE FOR OPERATIONS | | | 76,261.02 |
| | | | | |
| 5 | DISBURSEMENTS | | | |
| A. | PRE-PETITION EXPENSES | | | |
| | | Sub-Total Pre-Petition Expenses | | - |
| | | | | |
| B. | POST-PETITION EXPENSES | | | |
| | a. | Accounting | | 2,500.00 |
| | b. | Advertising | | 900.00 |
| | c. | Amenities | | 107.53 |
| | c. | C/C Fees | | 308.28 |
| | d. | Breakfast Food | | 806.40 |
| | e. | Cable | | 1,371.22 |
| | f. | Dues & Subscriptions | | 444.50 |
| | | Employee Recognition | | 29.53 |
| | g. | Franchise Fees | | 4,663.50 |
| | h. | Insurance | | 3,067.60 |
| | i. | Net Payroll | | 12,287.27 |
| | j. | Office Supplies | | 4.97 |
| | k. | Payroll taxes | | 2,673.54 |
| | l. | Receiver/Management Fees & Expenses | | 9,551.02 |
| | m. | Repairs & Maintenance | | 8,184.19 |
| | n. | Sales Tax | | 3,989.07 |
| | o. | Supplies | | 1,130.16 |
| | p. | Telephone | | 497.07 |
| | q. | Utilities | | 4,290.64 |
| | | Sub-Total Post-Petition Expenses | | 56,806.49 |
| | | | | |
| 6 | TOTAL CASH DISBURSEMENTS | | | 56,806.49 |
| | | | | |
| 7 | ENDING CASH BALANCE (Line 4 - Line 6) | | $ | 19,454.53 |

\* April Credit Card deposits of $32,342.82 was transferred from the pre-petition account on
   May 1, 2012.  These are reflected in the Cash Sales amount above.

ATTACHMENT 2

## ACCOUNTS PAYABLE REPORT
For the Period Beginning May 1, 2012 and Ending May 31, 2012

Name of Entity: Greenville AL Hotel, LLC                    Case Number: 1:11-CV-04171-TWT

In the space below list all invoices or bills incurred and not paid since the filing of the petition.
Do not include amounts owed prior to filing the petition.

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 5/31/2012 | | Alabama Dept of Revenue | State Sales Tax | $ 1,034.92 |
| 5/31/2012 | | City of Greenville | City Sales Tax | 2,163.39 |
| 5/31/2012 | | Choice International | Franchise Fees-April | 3,889.48 |
| 5/31/2012 | | Alabama Dumpster | Trash Removal | 150.08 |
| 5/31/2012 | | Alabama Power | Utilities | 3,361.25 |
| 5/31/2012 | | Brighthouse | Cable | 1,371.22 |
| 5/31/2012 | | Crace Galvis McGrath | Accounting Fees | 2,500.00 |
| 5/31/2012 | | Greenville Water | Utilities | 865.53 |
| 5/31/2012 | | McGlashan Hospitality | Management Fee | 5,000.00 |
| 5/31/2012 | | SAEGD | Utilities | 637.21 |
| 5/31/2012 | | Camellia Communications | Telephone | 516.52 |
| 5/31/2012 | | Orkin | Pest Control | 112.00 |
| 5/31/2012 | | Sysco | Breakfast Food | 813.87 |
| 5/31/2012 | | Premium Acceptance | Insurance | 1,289.75 |
| 5/31/2012 | | Outsource Construction, Inc | Repairs | 15,587.00 |
| 5/31/2012 | | HD Supply | Supplies | 1,218.19 |
| 5/31/2012 | | US Treasury | 941 Taxes | 2,886.47 |
| 5/31/2012 | | US Treasury | 940 Taxes | 70.58 |
| 5/31/2012 | | AL Dept of Industrial Relations | AL Unemployment Tax | 338.10 |
| 5/31/2012 | | AL Dept of Revenue | AL Withholding | 459.76 |
| 5/31/2012 | | Harry Gorge | Repairs | 2,000.00 |

Sub-Total Post-Petition Payables                              $ 46,265.32

In the space below are all invoices or bills incurred prior to the filing of the petition but considered essential to the continued operation of the hotel. These bills were included in funding requests but payment was withheld pending verification from outside sources, which was not finalized until February.

| Date | | Vendor | Description | Amount |
|---|---|---|---|---|
| 11/15/2011 | | Advance Solutions | Fire Alarm Repairs | $ 336.00 |
| 1/12/2012 | | Choice Hotel International | 2011 Interest Fees | 2,070.26 |
| 11/22/2011 | | Creative Breakfast Concepts | Breakfast Supplies | 103.68 |
| 8/1-10/31/11 | | David Stevenson | Lawn Care | 450.00 |
| 10/11/2011 | | Laundry Lux | Washer Repairs | 104.05 |
| 1/31/2012 | | Eco Lab | Housekeeping/Laundry Supplies-Jan 2012 | 228.00 |
| 12/31/2011 | | CommTrak | Commissions | 25.13 |

Sub-Total Pre-Petition Payables                              $ 3,317.12

Total Accounts Payable                                       $ 49,582.44

ACCOUNTS PAYABLE RECONCILIATION (Post Petition-Only)

| | |
|---|---|
| Opening Balance (total from prior period) | $ 19,466.04 |
| Less: Payments of Prior Period Payables | (26,958.15) |
| Plus: New Indebtedness Incurred This Month | 46,265.32 |
| Plus: Prior Accounts Payable | 3,317.12 |
| Ending Month Balance | $ 49,582.44 |

ATTACHMENT 3

## BANK ACCOUNT RECONCILIATION
For the Period Beginning May 1, 2012 and Ending May 31, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT

A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

| | |
|---|---|
| NAME OF BANK: | BB&T |
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82193 |
| PURPOSE OF ACCOUNT: | Operating |

| | |
|---|---:|
| Beginning Balance | $  11,000.59 |
| Total Deposits Made* | 63,425.85 |
| Total Amount of Checks Written/Wires Sent** | 57,740.40 |
| C/C Fees & Commissions | 105.28 |
| Closing Balances | $  16,580.76 |

| | |
|---|---:|
| Number of First Check Written this Period | 1076 |
| Number of Last Check Written this Period | 1178 |
| Total number of Checks Written this Period | 47 |

** These amounts include $16,000.00 transferred from the Operating Account to the Payroll Account.

ATTACHMENT 3.1

## BANK ACCOUNT RECONCILIATION
For the Period Beginning May 1, 2012 and Ending May 31, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT

A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

| | |
|---|---|
| NAME OF BANK: | BB&T |
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82215 |
| PURPOSE OF ACCOUNT: | Payroll |

| | |
|---|---:|
| Beginning Balance | $    1,834.58 |
| Total Deposits Made* | 16,000.00 |
| Total Amount of Checks Written/Wires Sent | 14,960.81 |
| Outstanding Checks | 4,194.07 |
| | |
| Closing Balances | $    2,873.77 |

| | |
|---|---:|
| Number of First Check Written this Period | 1160 |
| Number of Last Check Written this Period | 1189 |
| Total number of Checks Written this Period | 29 |

*  This amounts include $16,000.00 transferred from the Operating Account to the Payroll Account.

ATTACHMENT 5

## CHECK REGISTER
For the Period Beginning May 1, 2012 and Ending May 31, 2012

Name of Entity:  Greenville AL Hotel, LLC                                    Case Number:  1:11-CV-04171-TWT

NAME OF BANK:              BB&T
ACCOUNT NAME:              McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER:            82193
PURPOSE OF ACCOUNT:  Operating

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 05/01/2012 | 1148 | Lisa Gorge | Reimbursement for C/C Processing Fee | 200.00 |
| 05/02/2012 | 1137 | Alabama Power | Utilities | 310.12 |
| 05/02/2012 | 1138 | Brighthouse | Cable | 1,371.22 |
| 05/02/2012 | 1139 | Camellia Communications | Telephone | 497.07 |
| 05/02/2012 | 1140 | Lee Electric Inc | Electrical Repairs | 637.13 |
| 05/02/2012 | 1141 | Southeast Alabama Gas District | Utilities | 647.00 |
| 05/02/2012 | 1142 | Sysco Gulf Coast, Inc | Breakfast Food | 193.38 |
| 05/02/2012 | 1143 | HD Supply | Amenities/Supplies | 329.20 |
| 05/02/2012 | 1144 | Ed Hauptmann | Meals & Incidentals | 160.93 |
| 05/03/2012 | 1076 | WalMart | Breakfast Food | 13.11 |
| 05/07/2012 | 1077 | WalMart | Breakfast Food | 76.57 |
| 05/07/2012 | 1079 | Cash | Petty Cash-Repairs | 185.00 |
| 05/07/2012 | 1149 | Alabama Dumpster | Dumpster | 151.90 |
| 05/07/2012 | 1150 | Alabama Power | Utilities | 2,640.53 |
| 05/07/2012 | 1151 | Carbon's | Breakfast Food | 102.00 |
| 05/07/2012 | 1152 | Crace Galvis McGrath, LLC | Accounting Services | 2,500.00 |
| 05/07/2012 | 1153 | Gene's Lawn Service | Lawn Maintenance | 190.00 |
| 05/07/2012 | 1154 | Greenville Area Chamber of Commerc | Annual Dues | 392.00 |
| 05/07/2012 | 1155 | Greenville Water | Utilities | 692.99 |
| 05/07/2012 | 1156 | HD Supply | Supplies | 35.59 |
| 05/07/2012 | 1157 | Sysco Gulf Coast, Inc | Breakfast Food | 215.87 |
| 05/07/2012 | ACH | Premium Acceptance Corp. | Insurance | 3,067.60 |
| 05/08/2012 | 1078 | BD&S Services Inc. | Down Payment on Deep Cleaning Services | 500.00 |
| 05/11/2012 | 1081 | Cash | Petty Cash-Repairs | 200.00 |
| 05/11/2012 | 1158 | Sidney Rucker, II | Interim GM Services | 2,000.00 |
| 05/11/2012 | 1159 | Sidney Rucker, II | Interim GM Services | 312.24 |
| 05/11/2012 | 1160 | Choice Hotels International | Franchise Fees | 266.87 |
| 05/11/2012 | 1161 | Choice Hotels Intl | Franchise Fees | 4,396.63 |
| 05/11/2012 | 1162 | City of Greenville | Sales Tax | 2,637.25 |
| 05/11/2012 | 1163 | BD&S Services Inc. | Deep Cleaning of Rms 209, 211 & 126 as well as Carpet Cleaning of Lobby & 22 Rooms | 2,530.98 |
| 05/18/2012 | 1164 | Coca-Cola Refreshments | Soda Machine Supplies | 293.76 |
| 05/18/2012 | 1165 | HD Supply | Pool Supplies | 84.19 |
| 05/18/2012 | 1166 | Lamar | Advertising | 300.00 |
| 05/18/2012 | 1167 | Lee Electric Inc | Electrical repairs | 1,563.86 |
| 05/18/2012 | 1168 | McGlashan Hospitality | Management Fee | 5,000.00 |
| 05/18/2012 | 1169 | Orkin | Pest Control | 112.00 |
| 05/18/2012 | ACH | Alabama Department of Revenue | Sales Tax | 1,351.82 |
| 05/22/2012 | 1080 | Cash | Petty Cash-Repairs | 195.00 |
| 05/22/2012 | 1170 | Sidney Rucker, II | Interim GM Services | 1,403.14 |
| 05/24/2012 | 1171 | Cash | Breakfast Food/Repairs | 194.99 |
| 05/24/2012 | 1172 | Dow Jones | Newspapers | 52.50 |

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| 05/24/2012 | 1173 | Ecolab | Supplies | 219.07 |
| 05/24/2012 | 1174 | HD Supply | Amenities | 328.98 |
| 05/24/2012 | 1175 | Lamar | Advertising | 600.00 |
| 05/24/2012 | 1176 | McGlashan Hospitality | Mileage | 243.10 |
| 05/30/2012 | 1085 | Cash & Carry | Replace Carpet in Rooms 209, 211 & 126 | 1,716.50 |
| 05/30/2012 | 1177 | Ed Hauptmann | Meals & Travel | 295.17 |
| 05/31/2012 | 1086 | Harry Gorge | Repair Supplies | 196.70 |
| 05/31/2012 | 1178 | Sidney Rucker, II | Meals & Travel | 136.44 |
| | | Total | | 41,740.40 |

ATTACHMENT 5.1

## CHECK REGISTER*
For the Period Beginning May 31, 2012 and Ending May 31, 2012

Name of Entity:  Greenville AL Hotel, LLC                    Case Number:  1:11-CV-04171-TWT

NAME OF BANK:           BB&T
ACCOUNT NAME:           McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER:         82215
PURPOSE OF ACCOUNT:     Payroll

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 05/02/2012 | 1160 | Amanda Trent | Payroll | 257.52 |
| 05/02/2012 | 1161 | Dustin C Stinson | Payroll | 581.79 |
| 05/02/2012 | 1162 | Ed Hauptmann  {} | Payroll | 1,609.67 |
| 05/02/2012 | 1163 | Felicia I Patterson | Payroll | 280.44 |
| 05/02/2012 | 1164 | Julia M Eaddy | Payroll | 310.81 |
| 05/02/2012 | 1165 | Kathleen Cockrel | Payroll | 118.00 |
| 05/02/2012 | 1166 | Kimberely A Hess | Payroll | 542.20 |
| 05/02/2012 | 1167 | Kimberly K Hartley | Payroll | 478.75 |
| 05/02/2012 | 1168 | Paisley A Hill | Payroll | 600.25 |
| 05/02/2012 | 1169 | Wendy N. Jenkins | Payroll | 266.29 |
| 05/16/2012 | 1170 | Amanda Trent | Payroll | 183.34 |
| 05/16/2012 | 1171 | Dustin C Stinson | Payroll | 495.93 |
| 05/16/2012 | 1172 | Felicia I Patterson | Payroll | 318.46 |
| 05/16/2012 | 1173 | Julia M Eaddy | Payroll | 297.85 |
| 05/16/2012 | 1174 | Kathleen Cockrel | Payroll | 165.87 |
| 05/16/2012 | 1175 | Kimberely A Hess | Payroll | 548.80 |
| 05/16/2012 | 1176 | Kimberly Jenkins | VOID: | 0.00 |
| 05/16/2012 | 1177 | Kimberly K Hartley | Payroll | 495.16 |
| 05/16/2012 | 1178 | Paisley A Hill | Payroll | 654.03 |
| 05/16/2012 | 1179 | Wendy N. Jenkins | Payroll | 267.91 |
| 05/30/2012 | 1180 | Amanda Trent | Payroll | 186.63 |
| 05/30/2012 | 1181 | Dustin C Stinson | Payroll | 499.15 |
| 05/30/2012 | 1182 | Felicia I Patterson | Payroll | 379.05 |
| 05/30/2012 | 1183 | Julia M Eaddy | Payroll | 323.76 |
| 05/30/2012 | 1184 | VOID | Payroll | 0.00 |
| 05/30/2012 | 1185 | Kimberely A Hess | Payroll | 537.18 |
| 05/30/2012 | 1186 | Kimberly K Hartley | Payroll | 535.31 |
| 05/30/2012 | 1187 | Paisley A Hill | Payroll | 597.57 |
| 05/30/2012 | 1188 | Wendy N. Jenkins | Payroll | 381.32 |
| 05/30/2012 | 1189 | Kathleen Cockrel | Payroll | 374.23 |
| 05/15/2012 | E-pay | Department of the Treasury | Payroll Taxes | 2,673.54 |

Total                                                        $   14,960.81