EXHIBIT A – RECEIVER'S MONTHLY REPORT – April 2014

Thursday, May 15, 2014

*Court Appointed Receiver Report GR029 to:*

RRSEF SNV ACQUISITIONS, LLC (Plaintiff)

And

GREENVILLE, AL HOTEL, LLC
CIVIL ACTION FILE No: 1:11-CV-04171-TWT

RECEIVER: McGLASHAN HOSPITALITY, LLC (MH)
Report completed and presented by: Euan McGlashan, Managing Partner, McGlashan Hospitality, LLC

Onsite team:

Mr. Jeff McLaughlin
Ms. Trisha Campbell
Mr. Euan McGlashan
Mr. Al Luciano
Ms. Mary Mckee

Subject property:

# QUALITY INN & SUITES, GREENVILLE, ALABAMA (QI)

To whom it may concern.
This report contains mainly up-to-date financial information on current operations with some additional notes submitted below within the Executive Summary. All commentary and reporting is factual and unbiased.



### *Written Summary.*

**Staffing:** Currently the General Manager position is open. We have the property staffed with an interim General Manager until a new one has been found.

**Revenue:**

- The QI-Greenville sold 1,468 rooms for April 2014.
- The hotel showed revenue of $74,844 for April 2014. This is a 31% increase in revenue versus last year.
- YTD numbers thru April are at $237,771 vs. 195,528 or a 21.6% increase in revenue.
- May is forecasting to have revenue of $74k with 1320 rooms occupied.
- June is forecasting to have $75k with 1418 occupied rooms.

**Sales/Marketing:**

- CSX Railroad booked 27 rooms for 5 nights which resulted in $6,350 in revenue for April.
- The hotel also is advertising through the Welcome Centers of Alabama with brochures and referrals. During the first week of April we have seen **20** coupons on the weekend of April 5-6th.
- Tracer Electric currently has 10 rooms in the Hotel for the next two months. Also, Hijin (affiliated with Hyundai) has 6 rooms in for the next two months.
- The GM has visited the Robert Trent Jones course in Greenville. They tend to have business to attract in spring and fall. This will be a focus for the future.
- On May 2 we have a high school baseball team booked. We are forecast to have 78 rms. occupied.
- Fritz and All-Tag Construction will book 10 rms. per night for 2 months (April and May).
- Arrington Curb and Excavation has booked rooms for June and July. They will have 10 rms. For 4 nights a week in June and July.
- The hotel also has advertising with three national companies that support Elementary Education, Wedding and Bereavement throughout the county all year long.
- The Hotel currently has 3 Billboards producing 150+ room nights a month.
- Ads are currently being run in the two local newspapers, GACOC Magazine, and Market America travel book.



- The hotel is gaining momentum with online social media through constantly monitoring, responding to, and updating online sites such as Facebook, Google, Trip Advisor, Expedia, Travelocity, and Hotels.com.
- Bookings are increasing, as the summer approaches. No Room left behind is our strategy. We are aggressively working on taking Group bookings in the Market. Rate is sometimes a Challenge but we are overcoming this challenge.

### Capital

- The Pool is going to need some money to repair a leak in the cement and purchase a new pool pump. This has been worked on and most of the problems have been corrected. However, we will need some more work on the skimmers which will be done on May 6th.
- The wireless internet is a focus for the Brand. I have received two proposals which will require $10,500 to fix internet for the property. This is the number one concern for the guests.
- With long term group bookings increasing the hotel will have to invest in more Micro-Fridge Combo units as guest requires this for long term bookings, especially the construction crews. This would be about $5,000.
- The mulch in the flower beds along the parking lot is being replaced. This is being replaced with rocks so that it does not have to be replaced as often. This will be replaced in segments as cash flow permits. The overall cost should be around $950.00- this has been approved and will be done by April 18th.
- The Furniture for the OOO room will cost approximately $1200.00. This will be replaced as cash flow permits.
- The hotel is working on a new High-Rise Sign. Availability & Cost are being negotiated currently.

### Operational Overview

- The front desk has aggressively made improvement in ADR while increasing occupancy. Room nights are at 4,737 this year vs. 3,725 YTD Last years.
- The hotel year to date has shown an increase in revenue over prior year of $42,243.
- Our Likely hood to recommend is climbing! We were at 9 of 10 for December 2013. This is by far some of the best scores we have seen. This was one of the biggest hurdles that the hotel faced in the past. This is one of the most important parts that Choice Recognizes hotels for!



**Local Community involvement and support**

- The hotel has begun assisting the American Red Cross with Families affected by disasters.
- Management attended multiple Chamber functions throughout the year.
- The hotel is continuing support of the American Cancer Society.
- The Grand Bay "Welcome Center" is going to have a hospitality day on the 23 of May which the Gm. will attend to "kick-off "summer.

Yours sincerely,

Euan S. McGlashan
Managing Partner,
McGlashan Hospitality, LLC



3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com

## Financial Report for Business
For the Period Beginning April 1, 2014 and Ending April 30, 2014

Name of Entity: Greenville AL Hotel, LLC  
Date of Receivership: January 23, 2012  
Case Number: 1:11-CV-04171-TWT

| | | | | |
|---|---|---|---|---:|
| 1 | CASH AT BEGINNING OF PERIOD | | $ | 45,661.81 |
| 2A | RECEIPTS: CASH | | | |
| | B. | Collections on Post-Petition A/R | 71,973.07 | |
| | C. | Receipts from Plaintiff | - | |
| 2B | VOIDED CHECKS | | | |
| 3 | TOTAL RECEIPTS | | | 71,973.07 |
| 4 | TOTAL CASH AVAILABLE FOR OPERATIONS | | | 117,634.88 |
| | A | POST-PETITION EXPENSES | | |
| | a. | Accounting | | 2,687.99 |
| | b. | Advertising | | 2,469.06 |
| | c. | Amenities | | 1,186.41 |
| | d. | Bank Charges & Credit Card Fees | | 1,256.72 |
| | e. | Breakfast Food | | 4,535.74 |
| | f. | Cable | | 1,508.60 |
| | g. | Commissions | | 371.76 |
| | h. | Contract Services | | 2,500.02 |
| | i. | Franchise Fees | | 7,821.74 |
| | k. | Insurance | | - |
| | j. | Net Payroll | | 17,691.14 |
| | k. | Payroll taxes | | 5,746.60 |
| | l. | Receiver/Management Fees & Expenses | | 7,328.05 |
| | m. | Repairs & Maintenance | | 5,536.07 |
| | n. | Sales Tax | | 9,454.45 |
| | o. | Supplies | | 2,681.64 |
| | p. | Telephone | | 586.15 |
| | q. | Travel | | 724.28 |
| | v. | Utilities | | 11,725.18 |
| | | Taxes | | - |
| | | Sub-Total Post-Petition Expenses | | 85,811.60 |
| 6 | TOTAL CASH DISBURSEMENTS | | | 85,811.60 |
| 7 | ENDING CASH BALANCE (Line 4 - Line 6) | | $ | 31,823.28 |

ATTACHMENT 2

## ACCOUNTS PAYABLE REPORT

For the Period Beginning April 1, 2014 and Ending April 30, 2014

Name of Entity: Greenville AL Hotel, LLC

Case Number: 1:11-CV-04171-TWT

In the space below list all invoices or bills incurred and not paid since the filing of the petition.
Do not include amounts owed prior to filing the petition.

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 04/04/2014 |  | HD Supply | Supplies | 434.16 |
| 04/08/2014 |  | Cardon's | Breakfast Expense | 159.12 |
| 04/08/2014 |  | HD Supply | Linens | 4,263.88 |
| 04/09/2014 |  | HD Supply | Amenities/Supplies | 487.28 |
| 04/09/2014 | 11 | Crace Galvis McGrath, LLC | Accounting/Postage | 2,592.40 |
| 04/10/2014 |  | HD Supply | Supplies | 25.13 |
| 04/10/2014 |  | HD Supply | Amenities | 45.99 |
| 04/14/2014 |  | Southeast Alabama Gas District | Utilities | 998.61 |
| 04/14/2014 |  | HD Supply | Amenities | 247.40 |
| 04/15/2014 |  | Lamar | Advertising | 309.00 |
| 04/17/2014 |  | Coca-Cola Refreshments | Vending | 164.64 |
| 04/17/2014 |  | Brighthouse | Cable | 1,468.66 |
| 04/18/2014 |  | HD Supply | Repairs | 717.73 |
| 04/24/2014 | 6 | Jeff McLaughlin | Advertising | 248.80 |
| 04/25/2014 |  | Sysco Gulf Coast, Inc | Breakfast Expense | 571.13 |
| 04/25/2014 |  | HD Supply | Amenities/Supplies | 150.78 |
| 04/25/2014 |  | HD Supply | Amenities/Supplies | 305.38 |
| 04/25/2014 |  | Lamar | Advertising | 600.00 |
| 04/29/2014 |  | Master Technology Solutions | Repairs/Maintenance | 457.20 |
| 04/29/2014 |  | Greenville Water | Utilities | 1,588.02 |
| 04/29/2014 |  | Greenville Water | Utilities | 16.24 |
| 04/30/2014 |  | Jeff McLaughlin | Travel/Supplies/Repairs | 422.27 |
| 04/30/2014 |  | Alabama Power | Utilities | 312.46 |
| 04/30/2014 |  | Alabama Power | Utilities | 3,327.74 |
| 04/30/2014 |  | Gene's Lawn Service | Landscaping | 190.00 |
| 04/30/2014 |  | Greenville Newspapers | Amenities | 40.00 |
| 04/30/2014 |  | Valor Hospitality | Management Fees | 5,158.43 |
|  |  |  |  | 25,302.45 |

ACCOUNTS PAYABLE RECONCILIATION

| | |
|---|---|
| Opening Balance Post Petition Payables(total from prior period) | 25,149.13 |
| Less: Payments of Prior Period Payables | (25,149.13) |
| Plus: New Indebtedness Incurred This Month | 25,302.45 |
| Plus: Prior Accounts Payable (Pre-Petition Payables) | 0.00 |
| Ending Month Balance | 25,302.45 |

ATTACHMENT 3

# BANK ACCOUNT RECONCILIATION
For the Period Beginning April 1, 2014 and Ending April, 2014

Name of Entity: Greenville AL Hotel, LLC                Case Number: 1:11-CV-04171-TWT

A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

| | |
|---|---|
| NAME OF BANK: | BB&T |
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82193 |
| PURPOSE OF ACCOUNT: | Operating |

| | |
|---|---:|
| Beginning Balance | $ 45,636.07 |
| Charge Back | - |
| Total Deposits Made | 71,973.07 |
| Total Amount of Checks Written/Wires Sent** | (85,017.14) |
| C/C Fees & Commissions | (1,253.28) |
| Closing Balances | $ 31,338.72 |

| | |
|---|---:|
| Number of First Check Written this Period | 1885 |
| Number of Last Check Written this Period | 1932 |
| Total number of Checks Written this Period | 48 |

** This amount include $23,900.00 transferred from the Operating Account to the Payroll Account

ATTACHMENT 4

# CHECK REGISTER
For the Period Beginning April 1, 2014 and Ending April 30, 2014

Name of Entity: Greenville AL Hotel, LLC                Case Number: 1:11-CV-04171-TWT

NAME OF BANK:         BB&T
ACCOUNT NAME:         McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER:       82193
PURPOSE OF ACCOUNT:   Operating

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 04/07/2014 |  | BB&T | Credit Card Fees | 1,253.28 |
| 04/07/2014 | 1885 | Alabama Power | Utilities | 9,258.24 |
| 04/07/2014 | 1886 | Brighthouse | Cable | 1,508.60 |
| 04/07/2014 | 1887 | Camellia Communications | Telephone | 586.15 |
| 04/07/2014 | 1888 | Cauthen's Electric | Rrepairs & Maintenance | 75.00 |
| 04/07/2014 | 1889 | Crace Galvis McGrath, LLC | Accounting | 2,687.99 |
| 04/07/2014 | 1890 | Greenville Newspapers | Advertising | 725.00 |
| 04/07/2014 | 1891 | Greenville Water | Utilities | 1,630.50 |
| 04/07/2014 | 1892 | Orkin | Pest Control | 112.00 |
| 04/07/2014 | 1893 | Protection 1 Security Solutions | Security | 84.00 |
| 04/07/2014 | 1894 | Southeast Alabama Gas District | Utilities | 836.44 |
| 04/07/2014 | 1895 | Sysco Gulf Coast, Inc | Breakfast Expense | 878.19 |
| 04/11/2014 | 1896 | Alabama Dumpster | Waste Management | 150.85 |
| 04/11/2014 | 1897 | Cardon's | Breakfast Expense | 51.00 |
| 04/11/2014 | 1898 | Cash | Breakfast Expense/Supplies | 375.88 |
| 04/11/2014 | 1899 | Ecolab | Cleaning/Laundry Supplies | 325.06 |
| 04/11/2014 | 1900 | Gene's Lawn Service | Landscaping | 380.00 |
| 04/11/2014 | 1901 | HD Supply | Amenities/Supplies | 2,069.34 |
| 04/11/2014 | 1902 | Jeff McLaughlin | Travel/Supplies/Repairs | 269.95 |
| 04/11/2014 | 1903 | Lamar | Outdoor Advertising | 309.00 |
| 04/11/2014 | 1904 | Orkin | Pest Control | 112.00 |
| 04/11/2014 | 1905 | Sysco Gulf Coast, Inc | Breakfast Expense | 1,742.40 |
| 04/11/2014 | 1906 | USA Today | Amenities | 105.00 |
| 04/11/2014 | 1907 | Valor Hospitality Partners | Management Fees | 5,016.05 |
| 04/11/2014 | 1908 | Devron Mays for Mays Pools |  | VOID |
| 04/14/2014 | 1909 | Devron Mays for Mays Pools |  | VOID |
| 04/14/2014 | 1910 | Devron Mays for Mays Pools |  | VOID |
| 04/14/2014 |  | Devron Mays for Mays Pools |  | VOID |
| 04/14/2014 | 1912 | Deveron Mays or Mays Pools |  | VOID |
| 04/14/2014 | 1913 | Deveron Mays or Mays Pools | Repair & Maintenance | 1,172.00 |
| 04/15/2014 | 1914 | Employers Preferred Insurance Company | Worker's Comp | 2,312.00 |
| 04/18/2014 | 1915 | Choice Hotels Intl Travel Agent Program | Commissions | 157.20 |
| 04/18/2014 | 1916 | Coca-Cola Refreshments | Supplies | 295.68 |
| 04/18/2014 | 1917 | Family Business Services | Advertising | 310.06 |
| 04/18/2014 | 1918 | HD Supply | Amenities | 54.26 |
| 04/18/2014 | 1919 | Jeff McLaughlin | Travel/Supplies/Repairs/Breakfast | 391.22 |
| 04/18/2014 | 1920 | Market America | Marketing | 525.00 |
| 04/18/2014 | 1921 | Sysco Gulf Coast, Inc | Breakfast | 846.13 |
| 04/18/2014 | 1922 | Jeff McLaughlin | Travel/Supplies/Repairs/Breakfast | 1,062.98 |
| 04/21/2014 | 1923 | City of Greenville | Hotel/Motel Tax | 6,773.24 |
| 04/21/2014 | MAT0421 | Alabama Department of Revenue | Sales Tax | 2,681.21 |
| 04/21/2014 | 1924 | Jeff McLaughlin | Contract Services | 2,500.02 |
| 04/21/2014 | 1925 | Deveron Mays or Mays Pools | Repair and Maintenance | 1,392.59 |
| 04/24/2014 | 1926 | Cash | Repair and Maintenance | 445.29 |
| 04/24/2014 | 1927 | Cauthen's Electric | Repair and Maintenance | 150.00 |
| 04/24/2014 | 1928 | Choice Hotels Intl | Franchise Fees | 7,821.74 |
| 04/24/2014 | 1929 | HD Supply | Amenities | 328.25 |
| 04/24/2014 | 1930 | Jeff McLaughlin | Travel/Supplies/Repairs | 1,268.58 |
| 04/24/2014 | 1931 | Lamar | Advertising | 600.00 |
| 04/24/2014 | 1932 | Sysco Gulf Coast, Inc | Breakfast Foods | 741.05 |

62,370.42

ATTACHMENT 5

# BANK ACCOUNT RECONCILIATION
For the Period Beginning April 1, 2014 and Ending April 30, 2014

Name of Entity: Greenville AL Hotel, LLC          Case Number: 1:11-CV-04171-TWT

A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

| | |
|---|---|
| NAME OF BANK: | BB&T |
| ACCOUNT NAME: | McGlashan Hospitality-Quality Inn Greenville |
| ACCOUNT NUMBER: | 82215 |
| PURPOSE OF ACCOUNT: | Payroll |

| | |
|---|---:|
| Beginning Balance | $ 25.74 |
| Total Deposits Made* | 23,900.00 |
| Total Amount of Checks Written/Wires Sent | (23,437.74) |
| Bank Charges | (3.44) |
| Closing Balances | $ 484.56 |

| | |
|---|---:|
| Number of First Check Written this Period | 1862 |
| Number of Last Check Written this Period | 1908 |
| Total number of Checks Written this Period | 47 |

\* This amounts include $15,100.00 transferred from the Operating Account to the Payroll Account.

ATTACHMENT 6

# CHECK REGISTER
For the Period Beginning April 1, 2014 and Ending April 30, 2014

Name of Entity: Greenville AL Hotel, LLC                    Case Number: 1:11-CV-04171-TWT

NAME OF BANK:          BB&T
ACCOUNT NAME:          McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER:        82215
PURPOSE OF ACCOUNT:    Payroll

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 04/14/2014 | E-pay | Department of the Treasury | Payroll Tax Deposit | 3,084.76 |
| 04/29/2014 | E-pay | United States Treasury | Payroll Tax Deposit | 238.74 |
| 04/29/2014 | 430 | Alabama Department of Revenue Withholding | Alabama Withholding | 1,423.75 |
| 04/29/2014 | 431 | State of Alabama Department of Industrial | Al Unemployment | 999.35 |
| 04/02/2014 | 1862 | Alyssa A Hickey | Wages | 241.94 |
| 04/02/2014 | 1863 | Audrey L Smith | Wages | 359.19 |
| 04/02/2014 | 1864 | Cassandra E. Hawkins | Wages | 401.09 |
| 04/02/2014 | 1865 | Courtney L Harrison | Wages | 510.81 |
| 04/02/2014 | 1866 | Debra A Crenshaw | Wages | 338.68 |
| 04/02/2014 | 1867 | Felicia I Patterson | Wages | 278.10 |
| 04/02/2014 | 1868 | Jim Maye | Wages | 451.71 |
| 04/02/2014 | 1869 | Joshua A Smith | Wages | 1,258.33 |
| 04/02/2014 | 1870 | Julia M Eaddy | Wages | 203.11 |
| 04/02/2014 | 1871 | Kizzy L. McWilliams | Wages | 339.50 |
| 04/02/2014 | 1872 | Lovelia M Scott | Wages | 453.96 |
| 04/02/2014 | 1873 | Priscilla Peterson | Wages | 396.25 |
| 04/02/2014 | 1874 | Randolph H Peterson | Wages | 393.59 |
| 04/02/2014 | 1875 | TyRhonda Whatley | Wages | 302.01 |
| 04/02/2014 | 1876 | Vanessa L Nix | Wages | 266.47 |
| 04/02/2014 | 1877 | State of Alabama Child Support Enforcement | Wages | 105.00 |
| 04/16/2014 | 1878 | Alyssa A Hickey | Wages | 101.56 |
| 04/16/2014 | 1879 | Audrey L Smith | Wages | 403.45 |
| 04/16/2014 | 1880 | Cassandra E. Hawkins | Wages | 683.42 |
| 04/16/2014 | 1881 | Courtney L Harrison | Wages | 489.42 |
| 04/16/2014 | 1882 | Debra A Crenshaw | Wages | 443.15 |
| 04/16/2014 | 1883 | Felicia I Patterson | Wages | 207.70 |
| 04/16/2014 | 1884 | Jim Maye | Wages | 247.80 |
| 04/16/2014 | 1885 | Kizzy L. McWilliams | Wages | 283.26 |
| 04/16/2014 | 1886 | Latonia Y. Thompson | Wages | 160.76 |
| 04/16/2014 | 1887 | Lovelia M Scott | Wages | 791.21 |
| 04/16/2014 | 1888 | Priscilla Peterson | Wages | 511.17 |
| 04/16/2014 | 1889 | Randolph H Peterson | Wages | 404.13 |
| 04/16/2014 | 1890 | Shakeeta N. Peagler | Wages | 261.75 |
| 04/16/2014 | 1891 | TyRhonda Whatley | Wages | 409.03 |
| 04/16/2014 | 1892 | State of Alabama Child Support Enforcement | Garnishment | 105.00 |
| 04/30/2014 | 1894 | Audrey L Smith | Wages | 367.16 |
| 04/30/2014 | 1895 | Cassandra E. Hawkins | Wages | 436.70 |
| 04/30/2014 | 1896 | Courtney L Harrison | Wages | 527.79 |
| 04/30/2014 | 1897 | Debra A Crenshaw | Wages | 415.73 |
| 04/30/2014 | 1898 | Felicia I Patterson | Wages | 137.52 |
| 04/30/2014 | 1899 | Jim Maye | Wages | 355.00 |
| 04/30/2014 | 1900 | Joshua A Smith | Wages | 648.47 |
| 04/30/2014 | 1901 | Kizzy L. McWilliams | Wages | 404.91 |
| 04/30/2014 | 1902 | Latonia Y. Thompson | Wages | 308.38 |
| 04/30/2014 | 1903 | Lovelia M Scott | Wages | 429.12 |
| 04/30/2014 | 1904 | Priscilla Peterson | Wages | 371.25 |
| 04/30/2014 | 1905 | Randolph H Peterson | Wages | 446.82 |
| 04/30/2014 | 1906 | Shakeeta N. Peagler | Wages | 550.28 |
| 04/30/2014 | 1907 | TyRhonda Whatley | Wages | 384.46 |
| 04/30/2014 | 1908 | State of Alabama Child Support Enforcement | Garnishment | 105.00 |
|  |  |  |  | $ 23,437.74 |