EXHIBIT A – RECEIVER'S MONTHLY REPORT – June 2014

# Financial Report for Business

For the Period Beginning June 1, 2014 and Ending June 30, 2014

Name of Entity: Greenville AL Hotel, LLC
Date of Receivership: January 23, 2012

Case Number: 1:11-CV-04171-TWT

| | | | | |
|---|---|---|---|---|
| 1 | CASH AT BEGINNING OF PERIOD | | | $ 33,353.39 |
| 2A | RECEIPTS: CASH | | | |
| | B. | Collections on Post-Petition A/R | 100,292.89 | |
| | C. | Receipts from Plaintiff | - | |
| 2B | VOIDED CHECKS | | | |
| 3 | TOTAL RECEIPTS | | | 100,292.89 |
| 4 | TOTAL CASH AVAILABLE FOR OPERATIONS | | | 133,646.28 |
| | A | POST-PETITION EXPENSES | | |
| | a. | Accounting | | 2,734.72 |
| | b. | Advertising | | 959.00 |
| | c. | Amenities | | 914.42 |
| | d. | Bank Charges & Credit Card Fees | | 1,779.85 |
| | e. | Breakfast Food | | 4,919.15 |
| | f. | Cable | | 1,468.66 |
| | g. | Commissions | | 61.01 |
| | h. | Contract Services | | 2,083.34 |
| | i. | Franchise Fees | | 9,068.55 |
| | k. | Insurance | | 1,443.80 |
| | j. | Net Payroll | | 10,862.70 |
| | k. | Payroll taxes | | 2,157.46 |
| | l. | Receiver/Management Fees & Expenses | | 5,000.00 |
| | m. | Repairs & Maintenance | | 18,279.93 |
| | n. | Sales Tax | | 10,893.14 |
| | o. | Supplies | | 3,466.51 |
| | p. | Telephone | | 533.87 |
| | q. | Travel | | 934.25 |
| | v. | Utilities | | 7,174.05 |
| | w. | Taxes | | - |
| | | Sub-Total Post-Petition Expenses | | 84,734.41 |
| 6 | TOTAL CASH DISBURSEMENTS | | | 84,734.41 |
| 7 | ENDING CASH BALANCE (Line 4 - Line 6) | | | $ 48,911.87 |

ATTACHMENT 2

## ACCOUNTS PAYABLE REPORT

For the Period Beginning June 1, 2014 and Ending June 30, 2014

Name of Entity: Greenville AL Hotel, LLC

Case Number: 1:11-CV-04171-TWT

In the space below list all invoices or bills incurred and not paid since the filing of the petition.
Do not include amounts owed prior to filing the petition.

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 06/01/2014 | | HD Supply | Supplies/Cleaning | 45.19 |
| 06/06/2014 | | HD Supply | Amenities/Linens | 870.41 |
| 06/06/2014 | | HD Supply | Amenities | 164.18 |
| 06/10/2014 | | HD Supply | Amenities/Linens | 387.72 |
| 06/11/2014 | | HD Supply | Office Supplies | 76.63 |
| 06/11/2014 | | HD Supply | Amenities | 99.63 |
| 06/11/2014 | 9 | Crace Galvis McGrath, LLC | Accounting /Postage | 2,610.00 |
| 06/11/2014 | 9 | Southeast Alabama Gas District | Utilities | 971.79 |
| 06/12/2014 | | HD Supply | Amenities/Repairs/Supplies | 348.43 |
| 06/13/2014 | | HD Supply | Amenities/Breakfast | 87.50 |
| 06/13/2014 | 7 | Brighthouse | Cable | 1,468.66 |
| 06/15/2014 | | Lamar | Advertising | 309.00 |
| 06/16/2014 | | Lee Electric Inc | Repair /Maintenance | 108.13 |
| 06/16/2014 | | Lee Electric Inc | Repair /Maintenance | 108.13 |
| 06/16/2014 | | Cardon's | Breakfast Expense | 159.12 |
| 06/16/2014 | 4 | Protection 1 Security Solutions | Security | 84.00 |
| 06/18/2014 | | Toner Ink World | Supplies/Office | 69.98 |
| 06/19/2014 | | Coca-Cola Refreshments | Vending Supplies | 117.60 |
| 06/19/2014 | | Charter Fire Systems, Inc. | Inspections | 800.00 |
| 06/19/2014 | | Toner Ink World | Supplies/Office | 34.99 |
| 06/20/2014 | | HD Supply | Amenities/Supplies | 770.96 |
| 06/23/2014 | | HD Supply | Amenities/Supplies | 91.72 |
| 06/25/2014 | | Travel America Visitor Guide | Marketing | 127.00 |
| 06/25/2014 | | Lamar | Advertising | 600.00 |
| 06/26/2014 | | Jeff McLaughlin | Breakfast/Supplies/Travel | 677.86 |
| 06/26/2014 | | Alabama Power | Utilities | 290.96 |
| 06/26/2014 | | Alabama Power | Utilities | 4,312.20 |
| 06/27/2014 | | HD Supply | Amenities/Supplies | 240.24 |
| 06/27/2014 | 3 | Sysco Gulf Coast, Inc | Breakfast Expense | 1,464.61 |
| 06/30/2014 | | Jeff McLaughlin | Contract GM | 2,083.34 |
| 06/30/2014 | | Valor Hospitality Partners | Receiver/Computer | 5,015.00 |
| 06/30/2014 | | Gene's Lawn Service | Landscaping | 190.00 |
| 06/30/2014 | | Greenville Water | Utilities | 2,107.56 |
| 06/30/2014 | | Greenville Water | Utilities | 16.24 |
| 06/30/2014 | | Creative Breakfast Concepts, Inc. | Breakfast Expense | 5.22 |
| | | | | 26,914.00 |

ACCOUNTS PAYABLE RECONCILIATION

| | |
|---|---|
| Opening Balance Post Petition Payables(total from prior period) | 23,166.75 |
| Less: Payments of Prior Period Payables | (23,166.75) |
| Plus: New Indebtedness Incurred This Month | 26,914.00 |
| Plus: Prior Accounts Payable (Pre-Petition Payables) | 0.00 |
| Ending Month Balance | 26,914.00 |

ATTACHMENT 3

**BANK ACCOUNT RECONCILIATION**

For the Period Beginning June 1, 2014 and Ending June 30, 2014

Name of Entity: Greenville AL Hotel, LLC Case Number: 1:11-CV-04171-TWT

A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

NAME OF BANK: BB&T
ACCOUNT NAME: McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER: 82193
PURPOSE OF ACCOUNT: Operating

| | |
|---|---|
| Beginning Balance | $ 33,256.65 |
| Charge Back | - |
| Total Deposits Made | 100,292.89 |
| Total Amount of Checks Written/Wires Sent** | (84,369.90) |
| C/C Fees & Commissions | (1,455.85) |
| Closing Balances | $ 47,723.79 |

| | |
|---|---|
| Number of First Check Written this Period | 1980 |
| Number of Last Check Written this Period | 2030 |
| Total number of Checks Written this Period | 51 |

** This amount include $14,435.50 transferred from the Operating Account to the Payroll Account

ATTACHMENT 4

**CHECK REGISTER**

For the Period Beginning June 1, 2014 and Ending June 30, 2014

Name of Entity: Greenville AL Hotel, LLC

Case Number: 1:11-CV-04171-TWT

NAME OF BANK: BB&T
ACCOUNT NAME: McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER: 82193
PURPOSE OF ACCOUNT: Operating

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 06/02/2014 | 1980 | Alabama Laundry Equipment LLC | Repair and Maintenance | 3,714.00 |
| 06/09/2014 | 1981 | Alabama Power | Utilities | 3,827.95 |
| 06/09/2014 | 1982 | Brighthouse | Cable | 1,468.66 |
| 06/09/2014 | 1983 | Camellia Communications | Telephone | 533.87 |
| 06/09/2014 | 1984 | Camellia Printing | Printing | 21.45 |
| 06/09/2014 | 1985 | Cash | Supplies/Breakfast | 210.19 |
| 06/09/2014 | 1986 | Gene's Lawn Service | Landscaping | 190.00 |
| 06/09/2014 | 1987 | Greenville Newspapers | Advertising | 50.00 |
| 06/09/2014 | 1988 | Greenville Water | Utilities | 2,406.23 |
| 06/09/2014 | 1989 | Jeff McLaughlin | Travel/Supplies | 1,382.96 |
| 06/09/2014 | 1990 | KOR Systems | Computer Maintenance | 5,272.31 |
| 06/09/2014 | 1991 | Southeast Alabama Gas District | Utilities | 939.87 |
| 06/09/2014 | 1992 | Speir Leak, Inc. | Repair and Maintenance | 600.00 |
| 06/09/2014 | 1993 | Sysco Gulf Coast, Inc | Breakfast Expense | 1,490.03 |
| 06/09/2014 | 1994 | Deveron Mays or Mays Pools | Repair and Maintenance | 531.28 |
| 06/13/2014 | 1995 | Alabama Dumpster | Waste Management | 257.14 |
| 06/13/2014 | 1996 | Cardon's | Breakfast Expense | 159.12 |
| 06/13/2014 | 1997 | Coca-Cola Refreshments | Vending Expense | 195.84 |
| 06/13/2014 | 1998 | Crace Galvis McGrath, LLC | Accounting/Postage | 2,734.72 |
| 06/13/2014 | 1999 | HD Supply | Amentities/Repairs/Supplies | 1,073.65 |
| 06/13/2014 | 2000 | Jeff McLaughlin | Contract MG/Travel/Supplies | 2,708.90 |
| 06/13/2014 | 2001 | Lamar | Advertising | 309.00 |
| 06/13/2014 | 2002 | Orkin | Pest Control | 112.00 |
| 06/13/2014 | 2003 | Sysco Gulf Coast, Inc | Breakfast Expense | 1,469.55 |
| 06/13/2014 | 2004 | USA Today | Amentities | 109.23 |
| 06/13/2014 | 2005 | Western Hotel Supply | Uniforms | 529.70 |
| 06/13/2014 | 2006 | KOR Systems | Computer Maintenance | 3,163.38 |
| 06/19/2014 | 2007 | DeMarcius Crenshaw | Repair and Maintenance | 214.60 |
| 06/19/2014 | 2008 | Cash | Repairs/Breakfast/Supplies | 176.72 |
| 06/19/2014 | 2009 | Clec, Inc | Repair and Maintenance | 229.17 |
| 06/19/2014 | 2010 | Creative Breakfast Concepts, Inc. | Supplies | 80.91 |
| 06/19/2014 | 2011 | Ecolab | Cleaning Supplies | 296.18 |
| 06/19/2014 | 2012 | HD Supply | Supplies/Repairs/Amentities/Breakfast | 1,363.56 |
| 06/19/2014 | 2013 | Lamar | Advertising | 600.00 |
| 06/19/2014 | 2014 | Norris Plumbing Company, Inc. | Repair and Maintenance | 135.00 |
| 06/19/2014 | 2015 | Protection 1 Security Solutions | Security | 125.00 |
| 06/19/2014 | 2016 | Toner Ink World | Office Supplies | 69.98 |
| 06/19/2014 | 2017 | Valor Hospitality Partners | Management Fees | 5,016.13 |
| 06/19/2014 | 2018 | Western Hotel Supply | Uniforms | 39.95 |
| 06/19/2014 | MAT06194 | Alabama Department of Revenue | Sales Tax | 3,127.52 |
| 06/19/2014 | 2019 | City of Greenville | Hotel/Motel Tax | 7,765.62 |
| 06/25/2014 | 2020 | Auto-Chlor Services, LLC | Cleaning Supplies | 384.17 |
| 06/25/2014 | 2021 | Cash | Supplies/Breakfast | 151.28 |
| 06/25/2014 | 2022 | Choice Hotels International Travel Agent | Commissions | 61.01 |
| 06/25/2014 | 2023 | Choice Hotels Intl | Franchise Fees | 9,068.55 |
| 06/25/2014 | 2024 | Ecolab | Cleaning Supplies | 28.14 |
| 06/25/2014 | 2025 | HD Supply | Supplies | 167.07 |
| 06/25/2014 | 2026 | Jeff McLaughlin | Travel/Supplies | 615.13 |
| 06/25/2014 | 2027 | Sysco Gulf Coast, Inc | Breakfast Expense | 1,127.03 |
| 06/25/2014 | 2028 | Deveron Mays or Mays Pools | Repair and Maintenance | 1,906.60 |
| 06/25/2014 | 2029 | DeMarcius Crenshaw | Repair and Maintenance | 280.25 |
| 06/27/2014 | 2030 | First Insurance Funding Group | Insurance | 1,443.80 |
| | | | | $ 69,934.40 |

ATTACHMENT 5

## BANK ACCOUNT RECONCILIATION

For the Period Beginning June 1, 2014 and Ending June 30, 2014

Name of Entity: Greenville AL Hotel, LLC Case Number: 1:11-CV-04171-TWT

A separate sheet is required for each bank account, including all savings and investments accounts, i.e. certificates of deposit, money market accounts, stocks and bonds, etc.

NAME OF BANK: BB&T
ACCOUNT NAME: McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER: 82215
PURPOSE OF ACCOUNT: Payroll

| | |
|---|---|
| Beginning Balance | $ 96.74 |
| Total Deposits Made* | 14,435.50 |
| Total Amount of Checks Written/Wires Sent | (13,020.16) |
| Bank Charges | (324.00) |
| Closing Balances | $ 1,188.08 |

| | |
|---|---|
| Number of First Check Written this Period | 1941 |
| Number of Last Check Written this Period | 1975 |
| Total number of Checks Written this Period | 35 |

* This amounts include $14,435.50 transferred from the Operating Account to the Payroll Account.

ATTACHMENT 6

## CHECK REGISTER

For the Period Beginning June 1, 2014 and Ending June 30, 2014

Name of Entity: Greenville AL Hotel, LLC

Case Number: 1:11-CV-04171-TWT

NAME OF BANK: BB&T
ACCOUNT NAME: McGlashan Hospitality-Quality Inn Greenville
ACCOUNT NUMBER: 82215
PURPOSE OF ACCOUNT: Payroll

Account for All Check Numbers, Including Voided, Lost, Stopped Payments, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 06/11/2014 | E-pay | Department of the Treasury | Payroll Tax Deposit | 2,157.46 |
| 06/11/2014 | 1941 | Audrey L Smith | Wages | 232.46 |
| 06/11/2014 | 1942 | Cassandra E. Hawkins | Wages | 319.64 |
| 06/11/2014 | 1943 | Courtney L Harrison | Wages | 544.25 |
| 06/11/2014 | 1944 | Debra A Crenshaw | Wages | 270.47 |
| 06/11/2014 | 1945 | Felicia I Patterson | Wages | 94.08 |
| 06/11/2014 | 1946 | Jim Maye | Wages | 397.55 |
| 06/11/2014 | 1947 | Julia M Eaddy | Wages | 511.74 |
| 06/11/2014 | 1948 | Kizzy L. McWilliams | Wages | 370.71 |
| 06/11/2014 | 1949 | Latonia Y. Thompson | Wages | 156.67 |
| 06/11/2014 | 1950 | Lovelia M Scott | Wages | 460.25 |
| 06/11/2014 | 1951 | Priscilia Peterson | Wages | 360.42 |
| 06/11/2014 | 1952 | Randolph H Peterson | Wages | 166.84 |
| 06/11/2014 | 1953 | Shakeeta N. Peagler | Wages | 384.81 |
| 06/11/2014 | 1954 | Tanorara Phifer | Wages | 459.46 |
| 06/11/2014 | 1955 | TyRhonda Whatley | Wages | 343.75 |
| 06/11/2014 | 1956 | State of Alabama Child Support Enforcemen | Garnishment | 105.00 |
| 06/12/2014 | 1957 | Shakeeta N. Peagler | Wages | 57.25 |
| 06/25/2014 | 1958 | Audrey L Smith | Wages | 58.72 |
| 06/25/2014 | 1959 | Cassandra E. Hawkins | Wages | 334.60 |
| 06/25/2014 | 1960 | Courtney L Harrison | Wages | 482.09 |
| 06/25/2014 | 1961 | Debra A Crenshaw | Wages | 328.59 |
| 06/25/2014 | 1962 | Felicia I Patterson | Wages | 70.49 |
| 06/25/2014 | 1963 | Jim Maye | Wages | 414.88 |
| 06/25/2014 | 1964 | Julia M Eaddy | Wages | 448.80 |
| 06/25/2014 | 1965 | Kizzy L. McWilliams | Wages | 275.53 |
| 06/25/2014 | 1966 | Latonia Y. Thompson | Wages | 294.59 |
| 06/25/2014 | 1967 | Lovelia M Scott | Wages | 466.16 |
| 06/25/2014 | 1968 | Priscilla Peterson | Wages | 464.14 |
| 06/25/2014 | 1969 | Randolph H Peterson | Wages | 376.75 |
| 06/25/2014 | 1970 | Shakeeta N. Peagler | Wages | 508.79 |
| 06/25/2014 | 1971 | Tanorara Phifer | Wages | 424.54 |
| 06/25/2014 | 1972 | Tiffany R. Womack | Wages | 145.23 |
| 06/25/2014 | 1973 | Tinangica R. Hawkins | Wages | 148.67 |
| 06/25/2014 | 1974 | TyRhonda Whatley | Wages | 279.78 |
| 06/25/2014 | 1975 | State of Alabama Child Support Enforcemen | Garnishment | 105.00 |
| | | | | $ 13,020.16 |

Tuesday, July 15, 2014

***Court Appointed Receiver Report GR030 to:***

RRSEF SNV ACQUISITIONS, LLC (Plaintiff)

And

GREENVILLE, AL HOTEL, LLC
CIVIL ACTION FILE No: 1:11-CV-04171-TWT

RECEIVER: McGLASHAN HOSPITALITY, LLC (MH)
Report completed and presented by: Euan McGlashan, Managing Partner, McGlashan Hospitality, LLC

Onsite team:

Mr. Jeff McLaughlin
Ms. Trisha Campbell
Mr. Euan McGlashan
Mr. Al Luciano
Ms. Mary Mckee

Subject property:

# QUALITY INN & SUITES, GREENVILLE, ALABAMA (QI)

To whom it may concern.
This report contains mainly up-to-date financial information on current operations with some additional notes submitted below within the Executive Summary. All commentary and reporting is factual and unbiased.



***Written Summary.***

**Staffing:** Currently the General Manager position is open. We have the property staffed with an interim General Manager until a new one has been found.

**Revenue:**

- The QI-Greenville sold 1,584 rooms for June 2014.
- The hotel showed revenue of $83,428 in June 2014. This is a 19% increase in revenue versus last year.
- YTD numbers thru June are at $401,890 vs. 331,838 or a
- or a 18% increase in revenue.
- July is forecasting to have revenue of $80k with 1503 rooms occupied.
- August is forecasting to have $70k with 1400 occupied rooms.

**Sales/Marketing:**

- Rhino Truck Company has moved there business to the Quality Inn; this is about 6 rms. each, Monday thru Thursday nights.
- Superior Fire protection is booking 5 rms. per night Sun-Friday. This will continue for 2 months, going into July.
- The hotel also is advertising through the Welcome Centers of Alabama with brochures and referrals. I have signed up to be a part of the next edition for July, Aug. and September.
- Tracer Electric currently has 13 rooms in the Hotel until the end of August. Also, Hijin (affiliated with Hyundai) has 6 rooms in for the next two months, finishing in August.
- The National Guard is scheduled to come back on July 11th. This is about $2000 for the weekend.
- Arrington Curb and Excavation has booked rooms for June and July. They will have 10 rms. For 4 nights a week in June and July.
- The hotel also has advertising with three national companies that support Elementary Education, Wedding and Bereavement throughout the county all year long.
- The Hotel currently has 3 Billboards producing 150+ room nights a month.
- Ads are currently being run in the two local newspapers, GACOC Magazine, and Market America travel book.



- The hotel is gaining momentum with online social media through constantly monitoring, responding to, and updating online sites such as Facebook, Google, Trip Advisor, Expedia, Travelocity, and Hotels.com.
- Bookings are increasing, as the summer approaches. We are aggressively working on taking Group bookings in the Market. Rate is sometimes a Challenge but we are overcoming this challenge.

**Capital**

- The Pool has been repaired. The leaks have been stopped and it looks great.
- We also completed installing the brand specified shower heads in the guest rooms. This is a brand requirement.
- The wireless internet is a focus for the Brand. This is the number one concern for the guests. Contract has been signed and work will begin on July 7, 2014.
- The Furniture for the OOO room will cost approximately $1200.00 in each room. This will be replaced as cash flow permits.

**Operational Overview**

- The front desk has aggressively made improvement in ADR while increasing occupancy. Room nights are at 7,894 this year vs. 6284 YTD Last years.
- The hotel year to date has shown an increase in revenue over prior year of $70,995.
- Our Likely hood to recommend is climbing! Our Guest comment scores have been increasing. Year to date we are up in every category. The Staff scores are at a 90%.
- The Brand audit should be coming up in in the next 4 months. We will be ready for all aspects of it.




3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com

**Local Community involvement and support**

- The hotel has begun assisting the American Red Cross with Families affected by disasters. We have had 3 different families this month.
- Management attended multiple Chamber functions throughout the year.
- The hotel is continuing support of the American Cancer Society.

Yours sincerely,

Euan S. McGlashan
Managing Partner,
McGlashan Hospitality, LLC




3350 Riverwood Parkway, Suite 1500 • Atlanta, Georgia 30339 • 770.547.7184 • mcglashanhospitality.com